| Defendants *in rem* | |
|---|---|
| Apple iPhone 16 Pro Max 256GB (IMEI #) | |
| 353393814095289 | 354210971171563 |
| 353393814212744 | 356541629043061 |
| 353393814354033 | 359518871981138 |
| 358245521570910 | 350773431652567 |
| 354331125769456 | 355783826501282 |
| 350773431770229 | 353484628257379 |
| 356541626445012 | 353393814421956 |
| 350773432997391 | 195949805073 |
| 350773431721628 | 195949805066 |
| 350773432429189 | 356308868427904 |
| 356864569109969 | 356339498746850 |
| 350773431505179 | 350773431055340 |
| 353393814136109 | 354423235804065 |
| 350773431991197 | 195949805066 |
| 355469927476109 | 195949805066 |
| 355469927407062 | 358245520242057 |
| 359518870688957 | 352864975535249 |
| 359518870929641 | 351614407457483 |
| 358245525352646 | 353393813347574 |
| 352315404103406 | 355067541964201 |
| 352864975928055 | 356308869081361 |
| 350773432217659 | 351614407172264 |
| 354331125758889 | 355469927271880 |
| 352864975550685 | 356339498686809 |
| 356864568972045 | 355783825420005 |
| 350773432163184 | 356541628361431 |
| 354331125754789 | 195949805073 |
| 356864567295430 | 357205984144786 |
| 353393814445484 | 355067548547256 |
| 359518870988654 | 351614407168387 |
| 358536501235387 | 353393814098440 |
| 355469927238095 | 356541628361324 |
| 350773431646866 | 195949805066 |
| 352315403914878 | 353393814488351 |
| 353393814001535 | 353393812061150 |
| 358245525318555 | 350773432906624 |
| 350773432630380 | 351614407368631 |
| 352315404069847 | 356339498685538 |
| 350773431542008 | 195949805073 |
| 355688669947445 | 355008287474096 |
| 353484625401764 | 195949805066 |
| 352864976499320 | 354423235290323 |

353393814341147          355783827649346
353393814481919          351614407019960
350773432262077          356308867033653
352864976410921          352864974445515
353393814284859          351614407115255
353393814235257          351614407291981
354210978887633          356541628433297
350773432331815          359518871670301
357205986497422          351614407462640
352864975828586          353393814060010
352864975806749          356308868856060
355469927234086          356308868471597
350773432289229          358536509054855
355469927086312          353393813418094
352864976284144          356541628498365
357590870447942          359518870795273
356308862641385          351614407143398
352864976304371          355783826738744
355469927414878          355008287470672
353393814499374          356541629045967
353393814423036          358245525865209
359518870928122          351614407409385
358245528375313          355783827946569
356864567458509          356541628324900
350773432962601          355008287395978
358862982457906          356308868351385
355008287260180          356541628344056
350773431819661          356308868345312
352864976335607          358536509084415
353393814427730          353393814413573
355469927145183          351614407384562
355469927378644          355783827776156
350773431290822          353393813810456
355469927388163          358536507138205
356308862545008          353393813294347
355469927373751          351614407125882
350773432458139          351614407058935
355469927033587          355008287289296
356864569158768          353393814095859
355688665876192          356308865319286
353393814017705          358862983907990
353393814069508          352864975606388
354423236445223          351614407269045
353393814173052          <mark>195949805066</mark>

| | |
|---|---|
| 355469927364024 | 195949805059 |
| 350773432553186 | 356864567879571 |
| 353484626274996 | 351614407088965 |
| 350773432747747 | 355688669767207 |
| 359906327274713 | 352864975446371 |
| 353393814097376 | 351614407364358 |
| 350773432425765 | 357590875927997 |
| 350773432610606 | 351614407490500 |
| 358245525857792 | 195949805066 |
| 350773431855624 | 351614407129017 |
| 353393814374239 | 354331129995214 |
| 353393814152858 | 351614407416372 |
| 350773431556586 | 355067545747388 |
| 350773432472460 | 356541628444971 |
| 359518871685812 | 356308865167180 |
| 353393814103828 | 356541625530848 |
| 353393814370815 | 351614407432965 |
| 356864566798939 | 355783827917347 |
| 356339499684803 | 359906326122921 |
| 355469927342434 | 358536507216415 |
| 353393814332757 | 351614407150500 |
| 350773431620309 | 351614407409310 |
| 353484628265158 | 356308869178019 |
| 350773432377891 | 355688664481366 |
| 354423236419855 | 353393814458743 |
| 354331129827466 | 355688664391276 |
| 350773431616547 | 354331129878162 |
| 353484626368186 | 356339498554536 |
| 352864976437999 | 355783825322664 |
| 351614407208191 | 351614407293573 |
| 359518871512032 | 356339495671226 |
| 355783829086844 | 353393810274136 |
| 358245526375455 | 195949805059 |
| 356864564060423 | 351614407108193 |
| 355008287479285 | 354331125295437 |
| 355688665882109 | 354210973386961 |
| 356339499732487 | 351614407348260 |
| 350773432098588 | 354331121774542 |
| 353393814145423 | 356864566555925 |
| 353393814447902 | 354423230998193 |
| 350773432342555 | 353393814157691 |
| 352864976283237 | 351614407332306 |
| 352315403998541 | 356339493921524 |
| 350773431956216 | 356864562903129 |

352315400839326
354331125778689
359518870892971
353393814102077
355783829999707
352864975781207
355688669086202
357205986307712
353393814326015
355688668332474
356308862410906
353393814456168
353393814105302
353393814174928
353393814175784
352864976341324
350773431900230
353393814180107
354331125976028
355008287424083
350773432329496
357205986373284
358536500132015
358536500190682
350773431710266
358245520319608
354423238378471
355783825257977
359906329018571
350773431645058
358245526348726
350773432158663
353393814013399
353393814073625
355469927232981
355469927363463
353393814451177
355783825256938
353393810842965
353393814376028
358245526350409
350773431550308
351614407160855
355783825449590

351614407040784
351614407447773
356339498665670
355783827989445
195949805073
357590871489695
355067547067413
353393814275204
355008287146314
351614407270712
359906326511909
357590870715488
354210979494348
357590870861795
357590870325320
358862983708653
358862985475723
355688669994637
358536507203124
357205988470609
351614407371155
356541628386099
351614407470312
352864971926400
356308868312999
356864568293491
354423231568029
351614407382012
358862985025338
356308864351652
354737613135879
355008287138907
354423235381585
351614407442592
359906321921251
356308866392399
353393814048916
351614407311714
353393814456515
355688668068433
351614407051948
351614407364846
358594369842232
351614407280380

| | |
|---|---|
| 358245528267320 | 356541628344239 |
| 353393813693670 | 352315401613282 |
| 353393814232320 | 356308865260092 |
| 350773431864840 | 351614407276396 |
| 358862982086424 | 356308865619669 |
| 355469927052165 | 351614407394009 |
| 352315403868868 | 353393813465947 |
| 353393814257111 | 351614407100000 |
| 359518870512066 | 358536500748695 |
| 350773431781051 | 358536509030566 |
| 353393814019966 | 356308868479319 |
| 351614407321093 | 353393814226918 |
| 359518871837165 | 358245520733741 |
| 353393814289569 | 356308868336147 |
| 353393814246767 | 353393814055614 |
| 353393814035616 | 356308869031226 |
| 353393814486850 | 356308868325975 |
| 353393814279263 | 351614407246001 |
| 356864569293045 | 350121919051623 |
| 359518870851233 | 356541628256300 |
| 350773431823473 | 351614407382897 |
| 359518870927629 | 351614407086639 |
| 350773431574316 | 195949805066 |
| 351614407214991 | 358862985264218 |
| 353393814372860 | 351614407083388 |
| 350773432236071 | 354423235816960 |
| 352864976406143 | 358862985142794 |
| 352864975840474 | 195949805059 |
| 356864567251797 | 358245525972146 |
| 356541626335015 | 350121919012922 |
| 355688665900703 | 355008287272045 |
| 352864976407885 | 351614407045593 |
| 359518871174007 | 355008287047058 |
| 353393814461689 | 351614407271306 |
| 353393814360899 | 355008287474005 |
| 353393814211258 | 358862982042732 |
| 353393813591007 | 195949805059 |
| 350773432059697 | 358245527975212 |
| 350773432233037 | 351614407237299 |
| 355783828391336 | 356339497084923 |
| 357590870697637 | 353393812150458 |
| 359518870604210 | 356339497099327 |
| 353393813557990 | 355008287271146 |
| 358594362882292 | 351614407485047 |

355688666397214 351614407339228
353484625403174 355008287486645
359518870152574 350773430896793
359518870045836 359906327371451
359518870973185 355008287180057
359518870502919 353393814077170
359518870671326 358862984926064
351614407096679 355008287050706
359518870521919 358862982306046
354737612504463 355008287486504
350773431650595 353393814322469
358245529066762 353393814176832
350773432225041 356541628445242
352864975920532 352315401587916
350773432276275 351614407218133
359906329032473 353393814056117
352864976253222 355008287375228
356864566600713 353393813740356
358594365837491 355008287466373
355688669062039 351614407466336
355783825303995 358862982406036
359518870306865 351614407203762
355469927112043 358862985307959
359906325513831 351614407005449
359906325684533 351614407488454
355783829166067 353393814324978
359518870731054 356339495701783
356864569422214 356102158294086
355688669750161 351614407473589
358245525394846 353393813297340
350773432082160 355008287088268
358536500087342 353393813332568
350773432136222 356541625567055
352864976426083 355008287384550
359906323074430 351614407198533
355469927406957 355783827814759
354210978917018 353393814483907
356541626428190 356308867115245
350773431611852 351614407263378
355469927220499 353393813310523
354210979455778 355008287305316
355469927414753 355008287364255
354210979392716 355008287474484
351614407252504 356541628466974

355469927060127      353393814133296
354210979257786      353393814466621
350773432187571      351614407480428
354737612726595      353393814122422
357205986288540      353393814185049
355688668862488      351614407339269
354331129935178      355008287052587
355783825436282      354423235863566
359518870719828      355008287341154
355469927338721      351614407212656
355469927227213      353393814190239
350773432047809      351614407184491
354423239061969      355008287352748
359518870182969      356043387173164
350773431956497      354566768411953
358594365599901      356043388438277
359906325522683      355688667662756
356308868930436      354423237600313
356541626311891      350121918044850
356864566994827      355008287021871
356339499136085      358245521919745
350773432016234      353484628403494
353393813513118      354423230757904
359518870898713      356339492176997
350773432736401      353484628747700
354331125972837      356339497174740
359518870068598      355008287485555
358594369920673      356541622216409
359518870308614      354737613441590
358245526259154      356339497172116
356864567438550      354423237639352
358594369750732      356541629213623
355688669822754      354423237673120
359518870476353      `195949805066`
355783825475983      355688667706512
350773432295796      358862985292425
356308866399881      `195949805066`
356308866387803      355067547186486
355783825279807      356541628425558
350773432366381      356308868448785
354210979377568      353393814175214
356308866346890      358862985245142
359518870601307      353393814428423
355067541891552      358536504048282

| | |
|---|---|
| 359906323178975 | 356541628275367 |
| 357590879005170 | 352315401395435 |
| 359518870698246 | 357205982968632 |
| 356864567332282 | 356339498569930 |
| 356864566065586 | 353393814456622 |
| 355469927225126 | 354737613192854 |
| 352315403930189 | 355008287067569 |
| 354331122927529 | 355008287129013 |
| 350773432303392 | 355008287215572 |
| 350773432165296 | 354737613013647 |
| 354423239203710 | 353393814234979 |
| 354423239121938 | 353393814141042 |
| 350773432080149 | 355008287035046 |
| 355469927220739 | 351614407394496 |
| 359518870845920 | 355008287287357 |
| 350773431721925 | 355469927108215 |
| 350773432680666 | 351614407224891 |
| 355783828474751 | 355008287449411 |
| 353484628467788 | 351614407164451 |
| 352315401776980 | 355008287061455 |
| 355469927292324 | 351614407250037 |
| 350773432438594 | 351614407269904 |
| 359518870037452 | 351614407147639 |
| 354331129849619 | 351614407270985 |
| 359518870589403 | 351614407305765 |
| 350773432692075 | 351614407067282 |
| 353393812499699 | 351614407274250 |
| 355469927047728 | 351614407367872 |
| 356864569076119 | 355008287151900 |
| 350773431994431 | 351614407172108 |
| 350773431996550 | 351614407401275 |
| 350773432054375 | 355008287166619 |
| 358245528252660 | 351614407319899 |
| 354331125915521 | 351614407314221 |
| 358245525490800 | 351614407486631 |
| 350773432352118 | 351614407310393 |
| 355469927235703 | 355008287385771 |
| 350773432318341 | 355008287039295 |
| 350773431791886 | 355008287483139 |
| 350773431563061 | 356864569009250 |
| 359906323245204 | 351614407423451 |
| 354210978881255 | 351614407484966 |
| 352315401065384 | 351614407399297 |
| 350773431561511 | 351614407301657 |

| | |
|---|---|
| 355469927142818 | 355008287281640 |
| 355008287161701 | 350773432891917 |
| 354423236434821 | 351614407258816 |
| 350773432120994 | 351614407314817 |
| 358245528338816 | 355008287400562 |
| 356308862505572 | 355008287424992 |
| 354423239096759 | 351614407469488 |
| 356541626491107 | 355008287281814 |
| 359518870379284 | 355008287308054 |
| 350773431128402 | 351614407272502 |
| 356864567407019 | 355688668969044 |
| 352315404002426 | 355008287238863 |
| 350773432255725 | 351614407393746 |
| 356864566130844 | 351614407072563 |
| 356864569238446 | 351614407249633 |
| 359518870736145 | 355008287270148 |
| 354423238483651 | 355008287295244 |
| 358245528498362 | 355469927067791 |
| 358536500132288 | 351614407150245 |
| 355688666495901 | 355008287129880 |
| 350773432022943 | 351614407379067 |
| 350773432394946 | 351614407293029 |
| 359518870805536 | 355008287248102 |
| 358594362826315 | 355008287226850 |
| 357205986486581 | 355008287235117 |
| 353393814050367 | 351614407146557 |
| 359906322933107 | 351614407141210 |
| 354423238461764 | 351614407493843 |
| 353393812168260 | 351614407206740 |
| 350773431371531 | 351614407246324 |
| 350773431601614 | 358245522300473 |
| 356864566761606 | 355008287068229 |
| 353393814214955 | 351614407282949 |
| 353484626373863 | 355008287437986 |
| 350773432248506 | 355008287481976 |
| 358245526285720 | 351614407233355 |
| 354331125862301 | 355008287187839 |
| 350773431974433 | 351614407044471 |
| 353393812286674 | 355008287217354 |
| 358245526279673 | 351614407137325 |
| 355469927005437 | 351614407214470 |
| 355469927254407 | 355008287101988 |
| 355469927491744 | 351614407080681 |
| 352864976327356 | 355008287235984 |

| | |
|---|---|
| 359906324409833 | 355008287032233 |
| 356864568507528 | 355008287302651 |
| 359518870472600 | 351614407432643 |
| 355469927470870 | 351614407161101 |
| 359518870935564 | 355008287037000 |
| 355688666326700 | 354423230762375 |
| 350773432308813 | 351614407294365 |
| 356864569130635 | 351614407080467 |
| 354423236346074 | 355008287494235 |
| 355469927268159 | 351614407064909 |
| 358594369913371 | 351614407150898 |
| 355469927000313 | 351614407401994 |
| 359518870548888 | 355469927140465 |
| 356864569445736 | 355008287082287 |
| 355783825463823 | 355008287193142 |
| 359518870855077 | 355469927302685 |
| 355783829132291 | 351614407040107 |
| 350773432405833 | 351614407307035 |
| 356864569449894 | 351614407135204 |
| 359518870259072 | 355008287304491 |
| 352315403970755 | 356760684102675 |
| 351614407476525 | 351614407111395 |
| 355469927279644 | 355008287021038 |
| 358536501637095 | 351614407176406 |
| 356864569409054 | 351614407453466 |
| 353393814340701 | 355008287373223 |
| 355469927228997 | 355008287397693 |
| 359518870370945 | 351614407034688 |
| 359906322937785 | 356864569066904 |
| 355469927107183 | 351614407173387 |
| 355469927183929 | 355008287297596 |
| 359518870499710 | 355008287122901 |
| 359518870671672 | 351614407436156 |
| 358594365613819 | 355008287248953 |
| 358594369801493 | 355008287157253 |
| 355469927147585 | 351614407317448 |
| 355469927305050 | 351614407479206 |
| 359518870940200 | 351614407017923 |
| 350773432619649 | 351614407369647 |
| 359518870400882 | 351614407218679 |
| 355469927491538 | 351614407349938 |
| 356864569265969 | 355008287202489 |
| 358245526394431 | 355008287266369 |
| 359518870945290 | 351614407439119 |

359518870303185
355469927298164
359518870075700
356864569055592
359518870078340
355067541841383
359518870251921
356864569415044
359518870039581
356864568576978
350773432127791
352315403776970
356864566451455
354331129912433
355469927098002
355469927002707
359518870440706
355067541857108
359906324361174
355469927259430
359518870313390
356864569208852
354331129931169
355469927294700
355469927243202
356864566412374
353393811383191
359518870528138
351614407413817
355067541975678
355469927160570
358594369805601
350773432224077
358594369885397
357590879730520
355688662859654
358594364414615
359518870640594
356864568703226
355469927127298
359518870887716
355469927453587
359518870728423
359518870290069

355008287399087
355008287479939
355008287046704
351614407406548
351614407132169
351614407335929
355008287179612
351614407077851
351614407462244
351614407403933
351614407145773
351614407406308
355008287042901
355008287141851
351614407472565
351614407416059
351614407200685
351614407498388
351614407110801
351614407460578
356760682601629
351614407309593
355008287163996
355008287370195
355008287306868
351614407047920
351614407457657
351614407146615
351614407059016
355008287148906
355008287312379
351614407398257
351614407256745
351614407086910
356541622034703
351614407002420
351614407028532
351614407451403
351614407098121
351614407036832
355008287024735
355008287469690
355469927422236
353393814496271

355469927119428
355067541929923
355688662993115
350773432185294
352315403999820
358594365537687
355469927055192
356541626268000
352864976421118
356308862538748
350773431965233
356864569005100
350773432101135
356864569426942
354331125769613
355688669881305
353393813640853
350773432279741
350773432891941
359518870559406
355469927244978
350773432675880
355688665485663
358594364433904
358536500174603
353393812470559
354423236279382

359518870188420
353393814100071
352864976275027
356308866306779
355469927329159
359906324402622
354423239223957
350773432499182
358594366483816
354210971171563
356541629043061
359518871981138
350773431652567
355783826501282
353484628257379
353393814421956
195949805073
195949805066
356308868427904
356339498746850
350773431055340
359518870014287
350773432467056
355469927152932
355469927375798
355469927141224
353393814116416

| Defendants *in rem* | |
|---|---|
| iPhone 16 Pro 128 GB (IMEI#) | |
| 356102158438048 | 351895498593118 |
| 350319298455528 | 356102158434708 |
| 351670272584769 | 356102158468953 |
| 358906606191522 | 356043387225998 |
| 356102158478564 | 356102158318224 |
| 359297748373700 | 356102158276919 |
| 359297748452694 | 351895498569019 |
| 350319298362724 | 351895498560356 |
| 356102158470611 | 195949770258 |
| 350319298372319 | 356102158375000 |
| 356102158441737 | 356102158367031 |
| 359297748333068 | 356043388730772 |
| 356102158423552 | 351895498698974 |
| 350319298466004 | 351895498685583 |
| 356043388325946 | 356102158252738 |
| 359297748390043 | 351895498527249 |
| 350319298451881 | 351614407344301 |
| 356102158307227 | 351895498695731 |
| 350319298432980 | 350319298423880 |
| 356102158394985 | 356043388714123 |
| 350319298327578 | 351895498620937 |
| 356102158338362 | 356102158305460 |
| 350319298449562 | 356102158487987 |
| 350319298372301 | 356102158296016 |
| 355983886978913 | 351895498716826 |
| 350319298471954 | 351895498558483 |
| 356102158300024 | 351895498697901 |
| 350319298427535 | 351895498540911 |
| 356102158419196 | 350328827328403 |
| 350319298436544 | 356102158433650 |
| 356102158287551 | 351895498671070 |
| 359297748257036 | 356043388728495 |
| 359297748430625 | 356102158326615 |
| 359297748373486 | 351670277916305 |
| 359297748251245 | 356102158466346 |
| 356295609017278 | 351895498730108 |
| 356295606415145 | 356102158341911 |
| 359297748474052 | 356102158326268 |
| 358906608976581 | 195949770258 |
| 356295606066468 | 356102158311617 |
| 354078669145391 | 356102158296271 |
| 359297748492914 | 356043388647224 |

| | |
|---|---|
| 359297748294666 | 356043388578205 |
| 350319298317926 | 356102158329387 |
| 359072840456343 | 195949770258 |
| 350319298373549 | 195949770258 |
| 356102158291876 | 351895498601952 |
| 356102158488738 | 356102158324693 |
| 358906606442958 | 356102158410047 |
| 356102158335426 | 351895498672862 |
| 356043388350902 | 356102158409411 |
| 359297748308854 | 356102158251763 |
| 359297748419198 | 356102158263016 |
| 358906606499420 | 356102158299200 |
| 352254485495243 | 356102158430235 |
| 359297748266268 | 351895498614807 |
| 359297748439501 | 351895498511136 |
| 356295602002749 | 356102158320337 |
| 358906609808460 | 351895498737152 |
| 355983888888912 | 356102158429740 |
| 356102158447528 | 356102158473201 |
| 359297748325247 | 356102158337463 |
| 352254485937350 | 356043388453060 |
| 350319298400839 | 351895498523891 |
| 350319298456765 | 356102158261325 |
| 350319298387689 | 351895498529914 |
| 356102158282933 | 356102158308548 |
| 356102158357255 | 356102158396899 |
| 359297743218538 | 354566764182640 |
| 357719286280924 | 356102158358220 |
| 350319298381997 | 356102158333926 |
| 350319298366105 | 351895498516762 |
| 356102158403786 | 351895498597937 |
| 350319298287798 | 351895498671922 |
| 356043388503344 | 351895498667136 |
| 356102158401558 | 356102158499644 |
| 358157744350071 | 356102158367072 |
| 356043388301418 | 356043388660920 |
| 356102158372098 | 356043388527327 |
| 358906608611949 | 356102158298814 |
| 359297748403762 | 351895498662384 |
| 358157744463718 | 351895498568854 |
| 356102158446686 | 356102158373765 |
| 356102158290225 | 356102158282446 |
| 352703940911392 | 351895498691953 |
| 356043388407793 | 356043388727810 |

356102158469035
356102158452684
356102158467708
356043388492886
356043388386930
356043388430266
356043387002413
356043388479180
356043387168453
356102158399109
356043387170954
356043387244304
356043387225030
356043388284770
356043388278384
356043387049364
351895495974428
356043387197197
356043387234297
356102158418545
356102157059373
354959418520671
356043388398323

356102158264170
356102158433080
356102158283360
356102158402465
356102158342091
356102158347736
351895498539780
356102158379564
351895498648995
351895498569100
356102158476873
358282724400124
351895498615671
356102158413397
356102158488647
351895498524972
356102158330997
351895498731544
351895498557386
356102158345102
351895498548286
351895498721909
356102158279251
351895498606795
356102158386890
351895498719648
356102158306021
356043388583361
356102158376891
356102158267728
351895498590650
356102158349112
350319295094155
356102158381073
356102158336291
356102158397442
351895498724465
356043388630899
356102158297568
350319298319963
356102158412340
356102158273395
356102158405625
356102158385249

351895498585486
356102158403281
356102158484240
351895498539566
356102158260087
356102158391189
356102158485403
356102158364988
351895498536174
356043388636458
351895498574811
356102158416309
356102158366215
356102158345565

**Defendants *in rem***

iPhone 16 Pro 256 GB (IMEI#)

351670270942555

354078660285048

358282726362389

359896925221655

357463444905557

350922055785787

358282723285328

358282723402824

358282723355295

358282723642833

358282723626216

195949770296

356102158428759

350922055816814

358282723675601

195949770296

355067547011171

355783827823339

357590871996244

351614407033680

356308868301471

357590870837803

350773431540895

354423235850704

356308865648866

353393814073500

358245525295159

356541628414545

358282727363642

357234294284207

359072848610099

359072848613796

359072848688913

**Defendants *in rem***

iPad A16 128 GB (Serial #)

| | |
|---|---|
| SG7H7TTGW5N | SJK4DJW52VG |
| SJQ03XJG41P | SDL4YCYXG47 |
| SHHQF04K6R2 | SH4L6LQH6N6 |
| SC9J1GJ9D1W | SL662H2GQV3 |
| SL24XY2XG44 | SJ2090YQMRX |
| SKT47H4K907 | SJ0X7Q7G12C |
| SDCXYWKV3X4 | SLJNWQT90GK |
| SL09NPQJ7VG | SC1Y267XC75 |
| SMP4P29CHYD | SLXQ934P2HN |
| SM7YWL3QM16 | SCY3MYCT6C5 |
| SLGF7HC6VM3 | SFX9G7HVVNV |
| SFJDYH07LWP | SMK79RKFLFK |
| SG4642GJ9WJ | SM54745JQ09 |
| SGWT543DQDM | SGFYTXYYHWR |
| SLG3W75T65D | SD9FWLT7K9N |
| SF50Y7CQXF4 | SDV2Q73R9FC |
| SJ17XY33TDG | SKHM9W096GK |
| SJNMVMMQLH7 | SJ1214F9K3J |
| SHHY7K0FVXF | SL22V3F19DT |
| SMVDX7F29CJ | SDXVW3WH30Q |
| SGLQYR04MJX | SJ2J3PXGPV2 |
| SMX2223GCY0 | SLCVDL77LG6 |
| SG19H79DGYQ | SLFKQ0Y34W9 |
| SMJKQW20FQT | SD20HYFL2JM |
| SMV7J2C46MV | SLXW2YYJ1Y6 |
| SKCR96221HX | SH2067YF7GP |
| SMVNTDN9360 | SC6P9H9VFV3 |
| SGF6VKK2JJ6 | SDH2WCJJH49 |
| SC7ML9FL401 | SGPM73N624M |
| SH27HL0YKQR | SKJJ1YJGDKG |
| SGCHYV43F5X | SML4YCQG2Y2 |
| SHXWFM36X1V | SG02QNY4LGD |
| SC441Y2K9MK | SHTF4MNW7NW |
| SDP6NYGN4Q4 | SJL775R4LVW |
| SL3XGJ4Y43T | SHWQ7QQVHY9 |
| SJYL9DQXRJG | SLCJQDF6DM4 |
| SK6TKQX9RHV | SKLJ2VKGMWD |
| SD6F2KFHX0X | SJQT42YWFGJ |
| SGYKMFDJC0X | SLYG6P6Q2GQ |
| SGHQY74WTWX | SDWL3KFCPF3 |
| SM9NNVR7QHV | SKQY6W4M3XW |
| SG5YJ6H2RQP | SMQH64QRF70 |

SKXF6T7CLQG
SH7LJ6FD69P
SK4N9JJD4CK
SKW6WVFYVVM
SK9PM9WLJYC
SHN73LWNN2G
SHJ5XFRW6LW
SCPY3V769G5
SGVXGQPP44Y
SJJGRX7465K
SKH6012C6FK
SF93KP9MH2L
SLF6K16JJ3V
SHPQR2QG709
SC4HCPWXJ63
SMD2JGTV7N1
SCHXTJFRHFX
SDK4YNXHW2G
SK5VKXWH4J6
SGH6KN6N2LW
SCK9HM2D670
SFRF4R3Y794
SM37K9PN467
SGJXH61PYWG
SK9T9VKGF9K
SDXJF4T347H
SHVGV9WG7GT
SC2RXH6W6QW
SMG0HH32GQQ
SLVX1K4FXG7
SF2L34XMN90
SG3M2H5MVTR
SG269JGQXG4
SCWH43T9DJK
SFWQNQKR2X1
SFC4X9D5WMH
SDN9F0XK39C
SF4063WXVQC
SC6Y6CQ7Y4Q
SHTPC9PMJJQ
SGC24NDQTR6
SDN4N0XJG7F
SCQM6062NM4
SJXH9231JDP

SC9FDQ231XN
SMM96K64TD3
SCQ6HQC12XL
SL70X7Y3NKM
SJ2CN6LXDYF
SJPX95QFVN9
SHQJ72WRQ2L
SDCPH37J95Y
SH0JJT615WV
SG4HF7KRFWX
SKQ0X7HWG6M
SJW1TF79V4Y
SFQ1PQNHDF9
SFJ6DGD9DJP
SFGK629F4QC
SLFGKPM0DV7
SKWGVQQ90F5
SKQ06Q3XW17
SL7L999CC24
SFYJ32FMG2Y
SFT2MJ71593
SH239TKH6XF
SKX74XC4LTW
SJFVMFDJYCQ
SD52112K40G
SHQJY3CN7TX
SFTG4DWVFDF
SJ6DMKMVFGW
SH916KVGX11
SCXM6J73WL4
SK76NXKYTJ4
SFHQCL4TYXM
SFQ1V6D5WWX
SCY0H907G6R
SHH233PC450
SKFVTHCV4GQ

SKV6W7PLJXD
SG16GGVJMM7
SFF96Y3V529
SDVTJLV75Q7
SF7RH7W40KX
SJVT9KXJ740
SCXRK2GL0W2
SMK64J6DKJQ
SKQ2K07JFR7
SLK27V3KMWK
SJP27P6MYHM
SLFX6YN7DQW
SKYX5WK60XQ
SG6W9VJMCP2
SMJWH2VT22M
SMLQ9HRXXM5
SGFXX9YK7MW
SHG0694V7HL
SM2Y9P4YR2P
SML6YX40WHM
SFP4FM6P40V
SJQYP2FQ0RX
SJ2KRRQJ5WG
SGLH0YHRXC0
SG7FW2WW27N
SGNXKHG95XX
SCY02XD9KVT
SHTJ6L0W906
SJ97022DFWW
SGK3943T0VX
SKTQQ3VQRWP
SDF2KQ3HYJF
SGKJTYWQ0DM
SKQK06DF46V
SFJYX39NQ95
SLQ2C7F40GY
SJN1F25N6WY
SL16J292NFD
SK344N79V52
SDWFPDYJY27
SGC24GTP20M
SMQXQ2XFF79

**Defendants *in rem***

iPad A16 256 GB (Serial #)

| | |
|---|---|
| SH6PVYCHXHC | SGHV42KQ9JM |
| SC9HL2M23LP | SCR4PXKYF26 |
| SDJ2DKFXH33 | SMW0WY1VFVW |
| SFQGYXML20H | SH9K4F6PXM2 |
| SF2V52Y4H3J | SMXXFPNXNHC |
| SFXL3Q0DHHP | SCJJRF9JQCC |
| SMMWRW4X0R3 | SM16H770WKC |
| SH74P49NTKX | SDQK92KF95C |
| SHW7XY0M3PY | SMNWDM6QVP3 |
| SDD6YWMHG2H | SHJP43T9NL9 |
| SFRQ0NQPQM9 | SF9994CGQR3 |
| SHQP0KGG2Y9 | SCQX4J2MFLM |
| SD59WM6N7PG | SDKYP626NFG |
| SKKHYJK6XH6 | SJ433WN26X9 |
| SL2QVYVC412 | SGQL7TJL6W7 |
| SJ4PXNY2CNQ | SG9KW7DYFQ4 |
| SCVWNNYKQ1C | SJHG06N4R95 |
| SGM22KPYD2W | SJXFX0W0MW5 |
| SKVF7MVPGJ4 | SM200X559RW |
| SDCG20943XJ | SJRVHFWPF76 |
| SKT47J9QL7D | SJW5X2WPYFN |
| SG419NPX1T4 | SLCQ2HJ02XR |
| SLL7Y4F92JJ | SGP4L2R2MJJ |
| SH2GHD9CDFN | SD2MQGY9G7R |
| SCXNWT2N6Q6 | SFR6Y66LWPP |
| SLN7J752CH9 | SG2Y57PH96M |
| SCH4RWT3Q55 | SD9X3J70YTH |
| SF9G1903HCF | SF2MH7JR740 |
| SJWGWH57HG3 | SCVX92VWX4Y |
| SL5CWNX09L4 | SL4L9GQW93M |
| SM57W9QN2QC | SLCW9J02FMV |
| SG49M46CDW9 | SKK9W9CQMW7 |
| SMF6KQM2NMV | SKQCX3HXCQJ |
| SFQK7J04YFX | SJT2MYPHLHP |
| SGWGQVKMV4F | SG02L4KLWP2 |
| SLPQDQQMJ6W | SF3GKQJ0X7C |
| SMR7X7J6H7F | SGX96CDJF22 |
| SDVFV39VP95 | SF0YQ1HCYKX |
| SK0WM7M9FXK | SCD6QP17KT9 |
| SMCWTX5WYK1 | SK493QYCWGR |
| SJ343M794PH | SHHHVGQY057 |
| SFLKPJVWWK5 | SGMX2DGG66F |

| | |
|---|---|
| SG770M3Q53W | SG200HC3YF9 |
| SLT0WGKXLWL | SJ2XX796W6D |
| SG92VVMXYTX | SF4X7NXJNJW |
| SMVKYV6C6CM | SCQWHK0GQ17 |
| SJVGW2T6GWK | SLL7G261CWV |
| SGPVCCPW4NK | SKLJ7FD7GVK |
| SHHJGVQDG20 | SG99F7KTY23 |
| SDXP275GXKW | SDH4M936V3H |
| SJ6D2YTV9WT | SDW64QJ5JCD |
| SK7J2C3VQL7 | SLY72Q663GV |
| SDVQWC7XCYN | SHWCXYR4WJ5 |
| SHCV2NLH2F7 | SC36QGDLC60 |
| SF07XDF9FWL | SKY24MYC9QM |
| SKGJXC42JXQ | SGDQ4W2VDQ1 |
| SHC9QVHPJVD | SDYYKN29D6H |
| SFYG4QX6W9Q | SHM4W6LTW4K |
| SM4MVW7PYKK | SHG4F42PD6L |
| SFYX0VJHPJ7 | SF0H9HTVK7W |
| SD459PVXGK1 | SHY7H3660KG |
| SFJWFFPP9V9 | SF3W5HJ0XX4 |
| SMHHQTVXQKY | SHTK66HMQ6F |
| SJXD7JXKF9P | SMP2JFXKG32 |
| SFV0MY272G4 | SC3002V2HXC |
| SFDQ7XTK4JY | SHM6R2QVX1X |
| SJ975JX2TDK | SJCQN7V54L3 |
| SG20RXQTPFX | SLRXQXL27C2 |
| SM2TPFQ7DV6 | SF0Q9G99HWL |
| SD7D73F2HRH | SF97X19QGNP |
| SD1WGN0W7K4 | SDJHMHYYJ34 |
| SMWH3WP4D27 | SMPMVCF71F6 |
| SLNQWM46JQ0 | SDQM4MGWG7W |
| SMVMWWQYQF6 | SFH2L6H3JKT |
| SHM9WWGTGWH | SG517JMVKW4 |
| SKJ2497J0CQ | SJ4PRXL2K14 |
| SFCW4F00Y33 | SKGC7Q7Y9X5 |
| SH0YKJX56PQ | SHRX226P9X9 |
| SGDMY677QTK | SH45PX2CYG0 |
| SL2F06XQ41V | SFF6242M495 |
| SD5WR4W39KM | SFV6067Q7DQ |
| SF2QGGY1HHP | SLW64TMQC4G |
| SC52FTVDFD7 | SC24PM4XV6G |
| SG0W6292XFW | SJPV6Q763T7 |
| SJL7DMG9L66 | SF2YV76D37Y |
| SLTJM4322HX | SJ4T9RNFN60 |

SDT2G9NGHPX
SGDJQVY1XMK
SF2YRXCTPHC
SCVXJQH70TX
SH63Y9F33VQ
SC9HR6LDDW2
SD3KJXH0QR7
SGHY495Q7WX
SG0203WM0WN
SC4JMX676MR
SGVG4DGDGWK
SG924GWVR7N
SH3YWWXWGFQ
SM60H4CCP67
SMFH9V5706R
SM7027DYP94
SFJ74VV7YM9
SH4KX7FCFVN
SLMQ9XQXWVC
SF9FPMJ4W71
SJVQHCY7YD2
SLK379TWR67
SCW0LXQ09GD
SKN69N9M3P9
SJ60TKJJ94X
SK0D0CFPKC4
SCFCXMDX7G1
SHNJ4V5M49J
SMXD6HGVHGL
SGY49W2HWM0
SJ1C6FVQCXR
SFX662KTF4W
SFYWV9X26WD
SKJYL6P3WLY
SH0QJ7JC0WV
SFHFTJH6WXW
SJ579HD6JGV
SHQJ6HWM90J
SF4QX0QVVYG
SFK9DWJWQKP
SC430QCY2DW

SJ5D41YHTGC
SKGD9DCC6CT
SG707TFM025
SHW069JQ02L
SHK16Y6MC9G
SCH430DMG6L
SCFQ7Q140D9
195950087840
SLK9QPL7234
SFQN3L2X7RP
SD521HYW5QY
SF34NYWVN43
SFTF2WXMRP9
SJWYW75KQR2
SJ41JTC6L2F
SL45RVQMVXX
SF64PV97CR3
SGRY74T72R9
SHXT2VPHGM2
SKF0W2714VQ
SKH9NY04V5K
SLHXLXD71YJ
SFK70X7GHQD
SJLJ7C20RFY
SMR6N9TNVG3
SD9QW10GFKY
SLV7YVQ4M9D
SDWW5C414GF
SMM691L4X33
SMKJ27DW06G
SFY00CJ2D2H
SFGP7JHFP76
SFQKHGMX7K6
SKG064P752C
SCWP466WX17
SH6YQ39DQHR
SH597WG6XDF
SLQ42L3QC5Y
SDQTHQH17Y7
SJ9PR2QC4TP
SJQ1NPG770C
SCPXMWT26RM
SKK92R6Y56J
SFLF6PWRJK6

SLTF52RMXM9
SKDF4T4XXVQ
SC5YH4CXNF0
SCXRPK95QGG
SHF509Y2Y50

**Defendants *in rem***

iPhone 16e 256GB (IMEI#)

| | |
|---|---|
| 354566768151864 | 354566768143598 |
| 354566767942453 | 354566768123913 |
| 358017324687799 | 354566768656326 |
| 352700320939753 | 354741555397273 |
| 350304974600647 | 354566767924840 |
| 354566768190730 | 354566768556575 |
| 354741555250001 | 354566768152805 |
| 354566768509905 | 350304974987192 |
| 352700320992612 | 358017324703489 |
| 350304974544506 | 354566768259998 |
| 354566768412183 | 354566768631022 |
| 352700320549255 | 354741555504662 |
| 357020910848453 | 352700320961260 |
| 353234880839970 | 354566768179485 |
| 350304974673305 | 354566768659528 |
| 358017324842444 | 350304974946248 |
| 354566767808696 | 353234880984321 |
| 354566768453294 | 354566768469001 |
| 354741555028407 | 354741555149104 |
| 354566768573042 | 357020910531166 |
| 353234880687841 | 354566768823959 |
| 354566764195246 | 354566768576466 |
| 358017324586157 | 352700320523185 |
| 354566767896188 | 358017324756388 |
| 354566768193783 | 354566768128409 |
| 354566767936190 | 354566768266019 |
| 354566768719710 | 351418494752073 |
| 354566767964812 | 354566768546691 |
| 354566767927181 | 358017324522749 |
| 354566768676233 | |
| 354566768677645 | |
| 354566768853691 | |

**Defendants *in rem***

iPhone 16e 128GB (IMEI#)

358017322459829
355613399603092
351379434761410
351379433451245
356312636215286
355613399240622
352700320942633
358017322313562
355613399120204
354566764324440
358017322622756
358017322585136
351379434968429
358017322634470
355441312192799
358017322462716
358017322330509
354741556834654
351379437727194
356312631439964
350328828614330
355613398085879
357719285835462
355613398812686
355613396743230
355613398134339
353234880616105
351379433848564
351895498534203
354741550094446

**Defendants** *in rem*
iPhone 15 256 GB (IMEI#)
350470392137338

**Defendants *in rem***
iPhone 16 Pro 512GB (IMEI#)
356043386635924
355031538790235

| Defendants *in rem* |
| --- |
| iPhone 14 Pro 256GB (IMEI#) |
| 354567627608789 |
| 354567627775497 |
| 354567627988488 |
| 354567627938012 |
| 354567627730757 |
| 354567627797657 |
| 354567627629140 |
| 354567627753593 |
| 354567627803174 |
| 354567627645609 |
| 354567627988280 |
| 354567627828890 |
| 354567627662521 |
| 354567627614688 |
| 354567627917370 |
| 354567627595853 |
| 354567627997190 |
| 354567627993272 |
| 354567627646953 |
| 354567627786858 |
| 354567627654437 |
| SKQV12PYVLK |
| 354567627522980 |

**Defendants *in rem***

Apple TV 4K Wifi 3rd Gen (Serial #)

SMK97NQMXHF

SH5QMC2L3DG