UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ASSORTED APPLE ELECTRONICS,<br><br>Defendants. | )<br>)<br>)<br>)<br>)  No. 26-cv-11-AJ<br>)<br>)<br>)<br>)<br>) |

## <u>NOTICE OF APPEARANCE</u>

Please enter my appearance for the United States in the above-captioned case

.

                Respectfully submitted,

                ERIN CREEGAN
                United States Attorney

Dated: January 11, 2026    By:   /s/ Alexander S. Chen
                        Alexander S. Chen
                        Assistant U.S. Attorney
                        53 Pleasant Street, 4th Floor
                        Concord, New Hampshire 03301
                        (603) 225-1552