UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America,                            )
      Plaintiff,                                     )
        v.                                            )     Civil No. 1:26-cv-00011
                                  )
Apple iPhone 16 Pro 128GB, et al.          )
(*see attachment one*)                               )
Defendants *in rem.*                                  )
_____          )

### AMENDED VERIFIED COMPLAINT FOR FORFEITURE *IN REM*

Plaintiff, United States of America, brings this Complaint in accordance with Supplemental Rule G(2) of the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions, and alleges:

### NATURE OF THE ACTION

This is an action to forfeit and condemn to the use and benefit of the United States of America the captioned defendant *in rem* pursuant to 18 U.S.C. §§ 1341 and 1343.

### JURISDICTION AND VENUE

The United States brings this action *in rem* to forfeit and condemn the defendant *in rem* electronics under 18 U.S.C. § 981 (a)(1)(C).  The Court has jurisdiction over this action under 21 U.S.C. §§ 1345 and 1355(a).

The Court has *in rem* jurisdiction over the property under 28 U.S.C. § 1355(b).  Upon the filing of this Verified Complaint, the United States requests that the Clerk of Court issue an arrest warrant *in rem* pursuant to Supplemental Rule G(3)(i), which the United States will execute upon the property pursuant to 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(c).

### THE DEFENDANTS *IN REM*

The defendants *in rem* are the electronics identified in Attachment 1, seized from the FedEx facility at 10 Industrial Drive, Londonderry, NH on August 20, 2025 and the FedEx facility at 44 Industrial Drive, Londonderry, NH on August 25, 2025 along with devices seized

from the UPS facility located at 3 Whipple Street, Nashua, NH on August 21, 2025 and August 22, 2025. The defendants *in rem* are in the custody of the Department of Homeland Security, Homeland Security Investigations (HSI).

## FACTS

1. Law enforcement is currently conducting a major investigation into Chinese organized gift card fraud. This investigation is part of a broader HSI initiative to combat this this illicit activity called Project Red Hook.

2. Individuals have unlawfully obtained gift cards from a variety of sources, including romance fraud, elder fraud, sextortion, hacking, and retail theft. The data from these gift cards is then transmitted electronically to China, where they are consolidated and sold. The gift cards are then used, typically to purchase Apple electronics and other high-value merchandise. The Apple electronics are in turn exported.

3. As part of this investigation, law enforcement has executed search warrants on multiple warehouses throughout New Hampshire over the last two years that were routinely receiving high volumes of Apple electronics. These warehouses were operated by groups of Chinese nationals or persons of Chinese descent. These electronics were almost always purchased using gift cards that are all suspected to be stolen or fraudulently obtained. Law enforcement has seized almost 30,000 of brand-new Apple electronics.

4. Apple confirmed that tens of millions of dollars' worth of gift cards were used to purchase the devices. The cards used to purchase the seized devices were often originally purchased or acquired from across the United States. However, most of these cards were redeemed in China. Some of the gift cards used to acquire Apple electronics for shipment to New Hampshire were used in as little as 24 hours after their original purchase, despite being purchased in regions far away from New Hampshire.

5.      The groups of Chinese nationals and persons of Chinese descent operating the New Hampshire warehouses often use WeChat, a Chinese-based messaging platform that does not comply with U.S. legal process.  Law enforcement obtained warrants to search many personal cell phones used by warehouse workers and operators.  In some instances, the phones contained WeChat group chats where participants purchased and exchanged fraudulently-obtained gift card numbers and PINs. The WeChat messages also discussed the sale and purchase of electronic devices, primarily Apple products. The conversations included messages about New Hampshire-based warehouses and where to ship and/or bring devices to.

6.      According to Apple, none of the New Hampshire warehouses identified as part of the investigation are authorized wholesalers, retailers, or resellers of Apple. Each warehouse involved in this investigation to date has been found to export devices either directly (primarily to China or the UAE) or indirectly (by shipping through Miami).

7.      One of the warehouses that was receiving large quantities of suspected fraudulently-obtained Apple products is located at 1 Bon Terrain Drive, Units A-G, in Amherst, NH.  For example, records from Apple indicated that the warehouse received 31,051 Apple devices from May 1, 2025, to July 17, 2025, totaling almost $35 million.

8.      All orders in that time period were funded entirely with gift cards. Each order was linked to a separate Apple ID account.

9.      A sampling of 20 Apple device orders was provided by Apple for devices sent to the Amherst warehouse on June 18, 2025.  All 20 orders were funded entirely with gift cards, which were all originally purchased from merchants across the United States but redeemed in China and Hong Kong.  The purchasers of the products used fake names, billing addresses, and billing phone numbers in connection with the orders.

10.     Also, in July 2025, a sextortion victim in Massachusetts was coerced into purchasing six $500 Apple gift cards.  At least one of the gift cards was used to help purchase an iPhone 16 Pro Max, 256 GB, which was shipped to the Amherst warehouse at issue.

11.     The Amherst warehouse is associated with two interrelated shipping companies: EasyGo Shipping Solution Corp. (hereinafter "EasyGo"), a corporation registered in the Commonwealth of Massachusetts, and FOCO Logistics Servies, Inc. (hereinafter "FOCO"), a corporation registered in the State of New Hampshire. The warehouse displays signs for both companies.  Yong Zeng, a/k/a Brandon Zeng, was the registered agent.

12.     Law enforcement surveillance of the warehouse confirmed that FedEx and UPS were making routine deliveries each day.  FedEx was receiving many packages from the warehouse for outbound shipment.

13.     On August 20, 2025, law enforcement officers executed a search warrant of FedEx outbound packages from the Amherst warehouse. This occurred at the FedEx shipping facility located at 10 Industrial Drive, Londonderry, NH. During this search, law enforcement seized 558 iPhone 16 Pro Max 256 GB, 89 iPhone 16 Pro 128 GB, 5 iPhone 16 Pro 256 GB, and 182 iPad A16 128 GB.

14.     On August 21, 2025, law enforcement officers executed a search warrant for Apple products being shipped to the Amherst warehouse. These packages were held at the UPS facility located at 3 Whipple Street, Nashua, NH. During the search, law enforcement seized 182 iPad A16 128GB, 5 iPhone 16 Pro 256GB, 558 iPhone 16 Pro Max 256GB, 89 iPhone 16 Pro 128GB, and 1 iPhone 14 Pro Max 128GB.

15.     On August 22, 2025, law enforcement officers executed a search warrant for Apple packages heading to the Amherst warehouse. This occurred at the UPS facility located at 3 Whipple Street, Nashua, NH. During the search, law enforcement seized 34 iPad A16 256GB, 2

iPad A16 128GB, 2 iPhone 16 Pro 128GB, 39 iPhone 16 Pro Max 256GB, 2 Apple TV 4K Wi-Fi 3rd Generation, and 1 iPhone 16 E 256GB.

16.     On August 25, 2025, law enforcement officers executed a search warrant at the FedEx facility located at 44 Industrial Drive, Londonderry, NH.  During the search, law enforcement seized the following devices that were heading for the Amherst warehouse: 131 iPad A16 256GB, 17 iPad A16 128GB, 20 iPhone 16 Pro 128GB, 162 iPhone 16 Pro Max 256GB, and 1 iPhone 12 Pro 256GB.

**FIRST CLAIM FOR FORFEITURE**

15.  The allegations contained in paragraphs 1 through 16 of this Verified Complaint for Forfeiture *in Rem* are incorporated by reference.

16.  Pursuant to 18 U.S.C. § 981(a)(1)(C), "any property, real or personal, which constitutes or is derived from proceeds traceable to … any offense constituting "specified unlawful activity" (as defined in section 1956(c)(7) of this title), or conspiracy to commit such offense is subject to forfeiture to the United States.

17. 18 U.S.C. § 1341, mail fraud, and § 1343, wire fraud, are specified unlawful activities as defined in 18 U.S.C. § 1961(1), and as incorporated into section 1956(c)(7). The defendants *in rem* are properties which constitute or are derived from proceeds traceable to specified unlawful activities, in violation of 18 U.S.C. §§ 1341 and 1343.

18. As a result, the defendants *in rem* (1)-(47), are liable to condemnation and forfeiture to the United States for its use, in accordance with 18 U.S.C. § 981(a)(1)(C).

## **PRAYERS FOR RELIEF**

Therefore, the United States requests that:

(a)  the Clerk of Court issue a Warrant of Arrest *in Rem* in the form submitted with this Verified Complaint to Homeland Security Investigations commanding him to arrest the defendants *in rem*;

(b)  this matter be scheduled for a jury trial;

(c)  judgment of forfeiture be decreed against the defendants *in rem*;

(d)  the defendants *in rem* be disposed of according to law; and,

(e)  this Court grant the United States of America its costs and whatever other relief to

    which it may be entitled.

Respectfully submitted,

Erin Creegan
United States Attorney

Date:   March 26, 2026         By:   /s/ Raphael Katz
                                    Assistant U.S. Attorney
                                    NY Bar #4371688
                                    53 Pleasant Street, 4th Floor
                                    Concord, New Hampshire 03301
                                    (603) 225-1552
                                    raphael.katz@usdoj.gov

## <u>VERIFICATION</u>

I, Bradley Nims, being duly sworn, depose and say that I am a Special Agent with the Department of Homeland Security, Homeland Security Investigations, and as such have responsibility for the within action, that I have read the contents of the foregoing Verified Complaint for Forfeiture *in Rem* and know the contents therein, and that the same is true to the best of my knowledge, information and belief.

The sources of my information and the grounds of my belief are official records and files of the United States and the State of New Hampshire, and information obtained by me and other law enforcement officers during an investigation of alleged violation of the laws of the United States.

/s/ Bradley Nims
 Bradley Nims, Special Agent
Department of Homeland Security
Homeland Security Investigations