**Defendants** *in rem*

Apple iPhone 14 Pro 256GB (IMEI #)

354567627522980

**Defendants *in rem***

iPhone 16 Pro 128 GB (IMEI#)

| | | | |
|---|---|---|---|
| 356102158438048 | 359297748419198 | 356102158291876 | 351670272584769 |
| 350319298455528 | 358906606499420 | 356043388325946 | 356295606066468 |
| 351670272584769 | 352254485495243 | 350319298327578 | 359297748373700 |
| 358906606191522 | 359297748266268 | 352254485495243 | 356043388503344 |
| 356102158478564 | 359297748439501 | 350319298372301 | 359297748257036 |
| 359297748373700 | 356295602002749 | 350319298387689 | 358906609808460 |
| 359297748452694 | 358906609808460 | 350319298373549 | 359297748492914 |
| 350319298362724 | 355983888888912 | 359297748373486 | 358906606191522 |
| 356102158470611 | 356102158447528 | 359072840456343 | 356102158419196 |
| 350319298372319 | 359297748325247 | 350319298362724 | 356102158335426 |
| 356102158441737 | 352254485937350 | 350319298451881 | 350319298427535 |
| 359297748333068 | 350319298400839 | 350319298466004 | 350319298456765 |
| 356102158423552 | 350319298456765 | 356102158467708 | 354078669145391 |
| 350319298466004 | 350319298387689 | 359297748251245 | 356102158401558 |
| 356043388325946 | 356102158282933 | 350319298317926 | 356102158287551 |
| 359297748390043 | 356102158357255 | 356102158423552 | 356043388301418 |
| 350319298451881 | 359297743218538 | 356102158447528 | 359297748266268 |
| 356102158307227 | 357719286280924 | 359297748325247 | 350319298436544 |
| 350319298432980 | 350319298381997 | 356102158394985 | 356102158357255 |
| 356102158394985 | 350319298366105 | 359297748452694 | 358906606499420 |
| 350319298327578 | 356102158403786 | 359297748419198 | 356102158403786 |
| 356102158338362 | 350319298287798 | 356102158488738 | 358906608976581 |
| 350319298449562 | 356043388503344 | 356043388407793 | 356043388350902 |
| 350319298372301 | 356102158401558 | 352254485937350 | 358157744350071 |
| 355983886978913 | 358157744350071 | 356295606415145 | 358906606442958 |
| 350319298471954 | 356043388301418 | 350319298432980 | 356295609017278 |
| 356102158300024 | 356102158372098 | 350319298287798 | 356102158282933 |
| 350319298427535 | 358906608611949 | 350319298366105 | 359297748430625 |
| 356102158419196 | 359297748403762 | 357719286280924 | 356102158452684 |
| 350319298436544 | 358157744463718 | 355983888888912 | 356102158290225 |
| 356102158287551 | 356102158446686 | 359297748439501 | 356102158446686 |
| 359297748257036 | 356102158290225 | 359297748474052 | 356102158469035 |
| 359297748430625 | 352703940911392 | 350319298381997 | 359297748294666 |
| 359297748373486 | 356043388407793 | 350319298471954 | 352703940911392 |
| 359297748251245 | 356102158469035 | 356102158300024 | 356102158372098 |
| 356295609017278 | 356102158452684 | 355983886978913 | 350319298400839 |
| 356295606415145 | 356102158467708 | 356102158470611 | 356043388438277 |
| 359297748474052 | 356043388492886 | 350319298449562 | 356043387173164 |
| 358906608976581 | 356043388386930 | 350319298455528 | |
| 356295606066468 | 356043388430266 | 359297748308854 | |
| 354078669145391 | 356043387002413 | 356102158438048 | |
| 359297748492914 | 356043388479180 | 356102158307227 | |

359297748294666

350319298317926

359072840456343

350319298373549

356102158291876

356102158488738

358906606442958

356102158335426

356043388350902

359297748308854

356043387168453 356102158338362

356102158399109 359297748333068

356043387170954 359297748390043

356043387244304 358157744463718

356043387225030 356295602002749

356043388284770 350319298372319

356043388278384 356102158441737

356043387049364 359297743218538

351895495974428 358906608611949

356043387197197 359297748403762

356043387234297 356102158478564

356102158418545

356102157059373

354959418520671

356043388398323

**Defendants *in rem***

iPhone 16 Pro 256 GB (IMEI#)

351670270942555

354078660285048

358282726362389

359896925221655

357463444905557

359896925221655

354078660285048

358282726362389

351670270942555

357463444905557

**Defendant in rem**

iPad A16 128 GB (IMEl #)

| | | | |
|---|---|---|---|
| JK4DJW52VG | J2J3PXGPV2 | KW6WVFYVVM | MVDX7F29CJ |
| DL4YCYXG47 | JN1F25N6WY | F2L34XMN90 | KT47H4K907 |
| J2CN6LXDYF | GC24GTP20M | L3XGJ4Y43T | DCXYWKV3X4 |
| HQJ72WRQ2L | KQ2K07JFR7 | DP6NYGN4Q4 | GWT543DQDM |
| CXM6J73WL4 | GCHYV43F5X | C4HCPWXJ63 | M7YWL3QM16 |
| K76NXKYTJ4 | DVTJLV75Q7 | K5VKXWH4J6 | JNMVMMQLH7 |
| L16J292NFD | M37K9PN467 | LF6K16JJ3V | MX2223GCY0 |
| JFVMFDJYCQ | MG0HH32GQQ | CPY3V769G5 | C9J1GJ9D1W |
| D20HYFL2JM | CK9HM2D670 | D6F2KFHX0X | LG3W75T65D |
| JPX95QFVN9 | HN73LWNN2G | DXJF4T347H | KCR96221HX |
| LCVDL77LG6 | CQM6062NM4 | M9NNVR7QHV | G19H79DGYQ |
| J6DMKMVFGW | H27HL0YKQR | MD2JGTV7N1 | L24XY2XG44 |
| HWQ7QQVHY9 | KH6012C6FK | HPQR2QG709 | MV7J2C46MV |
| FQ1PQNHDF9 | C2RXH6W6QW | CXRK2GL0W2 | G4642GJ9WJ |
| MM96K64TD3 | JJGRX7465K | J97022DFWW | FJDYH07LWP |
| KLJ2VKGMWD | G3M2H5MVTR | GK3943T0VX | MP4P29CHYD |
| DWFPDYJY27 | F4063WXVQC | CY02XD9KVT | |
| L70X7Y3NKM | FWQNQKR2X1 | GFXX9YK7MW | |
| H239TKH6XF | FRF4R3Y794 | LK27V3KMWK | |
| JW1TF79V4Y | GJXH61PYWG | MK64J6DKJQ | |
| C9FDQ231XN | GH6KN6N2LW | JVT9KXJ740 | |
| FJ6DGD9DJP | F93KP9MH2L | JQYP2FQ0RX | |
| H0JJT615WV | C7ML9FL401 | MLQ9HRXXM5 | |
| KX74XC4LTW | GF6VKK2JJ6 | HG0694V7HL | |
| DH2WCJJH49 | K4N9JJD4CK | GLH0YHRXC0 | |
| FGK629F4QC | HJ5XFRW6LW | J2KRRQJ5WG | |
| FTG4DWVFDF | DK4YNXHW2G | HTJ6L0W906 | |
| C6P9H9VFV3 | DN4N0XJG7F | M2Y9P4YR2P | |
| HTF4MNW7NW | JYL9DQXRJG | DF2KQ3HYJF | |
| G4HF7KRFWX | GVXGQPP44Y | ML6YX40WHM | |
| DCPH37J95Y | CWH43T9DJK | FP4FM6P40V | |
| KWGVQQ90F5 | KV6W7PLJXD | MJWH2VT22M | |
| FYJ32FMG2Y | G16GGVJMM7 | KTQQ3VQRWP | |
| KQK06DF46V | HXWFM36X1V | G7FW2WW27N | |
| MQXQ2XFF79 | HVGV9WG7GT | GNXKHG95XX | |
| L7L999CC24 | K6TKQX9RHV | JP27P6MYHM | |
| MQH64QRF70 | C441Y2K9MK | KYX5WK60XQ | |
| H916KVGX11 | HTPC9PMJJQ | G6W9VJMCP2 | |
| LFKQ0Y34W9 | LVX1K4FXG7 | LFX6YN7DQW | |
| LQ2C7F40GY | K9PM9WLJYC | L09NPQJ7VG | |
| KQY6W4M3XW | G5YJ6H2RQP | MJKQW20FQT | |
| CQ6HQC12XL | GC24NDQTR6 | MVNTDN9360 | |

DWL3KFCPF3

FT2MJ71593

LYG6P6Q2GQ

KQ06Q3XW17

KQ0X7HWG6M

JQT42YWFGJ

LCJQDF6DM4

DXVW3WH30Q

GKJTYWQ0DM

D52112K40G

H2067YF7GP

G02QNY4LGD

GPM73N624M

FJYX39NQ95

ML4YCQG2Y2

HQJY3CN7TX

LFGKPM0DV7

JL775R4LVW

KJJ1YJGDKG

LXW2YYJ1Y6

K344N79V52

G269JGQXG4

CHXTJFRHFX

C6Y6CQ7Y4Q

GHQY74WTWX

JXH9231JDP

K9T9VKGF9K

DN9F0XK39C

FC4X9D5WMH

FF96Y3V529

KXF6T7CLQG

GYKMFDJC0X

H7LJ6FD69P

F7RH7W40KX

JQ03XJG41P

J17XY33TDG

F50Y7CQXF4

GLQYR04MJX

HHQF04K6R2

G7H7TTGW5N

LGF7HC6VM3

HHY7K0FVXF

**Defendant in rem**

iPad A16 256 GB (Serial #)

| | | |
|---|---|---|
| G02L4KLWP2 | FV6067Q7DQ | M16H770WKC |
| F3GKQJ0X7C | LW64TMQC4G | FR6Y66LWPP |
| GX96CDJF22 | C24PM4XV6G | MXXFPNXNHC |
| F0YQ1HCYKX | JPV6Q763T7 | F2MH7JR740 |
| CD6QP17KT9 | F2YV76D37Y | MW0WY1VFVW |
| K493QYCWGR | J4T9RNFN60 | CQX4J2MFLM |
| HHHVGQY057 | J5D41YHTGC | L4L9GQW93M |
| GMX2DGG66F | KGD9DCC6CT | H9K4F6PXM2 |
| G200HC3YF9 | G707TFM025 | HJP43T9NL9 |
| J2XX796W6D | HW069JQ02L | GHV42KQ9JM |
| F4X7NXJNJW | HK16Y6MC9G | LCQ2HJ02XR |
| CQWHK0GQ17 | CH430DMG6L | CVX92VWX4Y |
| LL7G261CWV | CFQ7Q140D9 | MNWDM6QVP3 |
| KLJ7FD7GVK | 195950087840 | JW5X2WPYFN |
| G99F7KTY23 | LK9QPL7234 | CR4PXKYF26 |
| DH4M936V3H | FQN3L2X7RP | LCW9J02FMV |
| DW64QJ5JCD | D521HYW5QY | G2Y57PH96M |
| LY72Q663GV | F34NYWVN43 | KK9W9CQMW7 |
| HWCXYR4WJ5 | FTF2WXMRP9 | JRVHFWPF76 |
| C36QGDLC60 | JWYW75KQR2 | JHG06N4R95 |
| KY24MYC9QM | J41JTC6L2F | D2MQGY9G7R |
| GDQ4W2VDQ1 | L45RVQMVXX | M200X559RW |
| DYYKN29D6H | F64PV97CR3 | GQL7TJL6W7 |
| HM4W6LTW4K | GRY74T72R9 | G9KW7DYFQ4 |
| HG4F42PD6L | HXT2VPHGM2 | DKYP626NFG |
| F0H9HTVK7W | KF0W2714VQ | JXFX0W0MW5 |
| HY7H3660KG | KH9NY04V5K | F9994CGQR3 |
| F3W5HJ0XX4 | LHXLXD71YJ | CJJRF9JQCC |
| HTK66HMQ6F | FK70X7GHQD | D9X3J70YTH |
| MP2JFXKG32 | JLJ7C20RFY | GP4L2R2MJJ |
| C3002V2HXC | MR6N9TNVG3 | JT2MYPHLHP |
| HM6R2QVX1X | D9QW10GFKY | DQK92KF95C |
| JCQN7V54L3 | LV7YVQ4M9D | KQCX3HXCQJ |
| LRXQXL27C2 | DWW5C414GF | J433WN26X9 |
| F0Q9G99HWL | MM691L4X33 | KN69N9M3P9 |
| F97X19QGNP | MKJ27DW06G | J60TKJJ94X |
| DJHMHYYJ34 | FY00CJ2D2H | K0D0CFPKC4 |
| MPMVCF71F6 | FGP7JHFP76 | CFCXMDX7G1 |
| DQM4MGWG7W | FQKHGMX7K6 | HNJ4V5M49J |
| FH2L6H3JKT | KG064P752C | MXD6HGVHGL |
| G517JMVKW4 | CWP466WX17 | GY49W2HWM0 |
| J4PRXL2K14 | H6YQ39DQHR | J1C6FVQCXR |

KGC7Q7Y9X5

HRX226P9X9

H45PX2CYG0

FF6242M495

H3YWWXWGFQ

M60H4CCP67

MFH9V5706R

M7027DYP94

FJ74VV7YM9

H4KX7FCFVN

LMQ9XQXWVC

F9FPMJ4W71

JVQHCY7YD2

LK379TWR67

CW0LXQ09GD

H597WG6XDF

LQ42L3QC5Y

DQTHQH17Y7

J9PR2QC4TP

JQ1NPG770C

CPXMWT26RM

KK92R6Y56J

FLF6PWRJK6

LTF52RMXM9

KDF4T4XXVQ

C5YH4CXNF0

CXRPK95QGG

HF509Y2Y50

G924GWVR7N

FX662KTF4W

FYWV9X26WD

KJYL6P3WLY

H0QJ7JC0WV

FHFTJH6WXW

J579HD6JGV

HQJ6HWM90J

F4QX0QVVYG

FK9DWJWQKP

C430QCY2DW

**Defendants** *in rem*

iPhone 16e 256GB (IMEI#)

354566768411953

**Defendants *in rem***

Apple iPhone 16 Pro Max 256GB (IMEI #)

| | | | | | |
|---|---|---|---|---|---|
| 353393814095289 | | | | | |
| 353393814212744 | 355469927364024 | 359518871837165 | 350773432736401 | 354331125862301 | 352315403999820 |
| 353393814354033 | 350773432553186 | 353393814289569 | 354331125972837 | 350773431974433 | 358594365537687 |
| 358245521570910 | 353484626274996 | 353393814246767 | 359518870068598 | 353393812286674 | 355469927055192 |
| 354331125769456 | 350773432747747 | 353393814035616 | 358594369920673 | 358245526279673 | 356541626268000 |
| 350773431770229 | 359906327274713 | 353393814486850 | 359518870308614 | 355469927005437 | 352864976421118 |
| 356541626445012 | 353393814097376 | 353393814279263 | 358245526259154 | 355469927254407 | 356308862538748 |
| 350773432997391 | 350773432425765 | 356864569293045 | 356864567438550 | 355469927491744 | 350773431965233 |
| 350773431721628 | 350773432610606 | 359518870851233 | 358594369750732 | 352864976327356 | 356864569005100 |
| 350773432429189 | 358245525857792 | 350773431823473 | 355688669822754 | 359906324409833 | 350773432101135 |
| 356864569109969 | 350773431855624 | 359518870927629 | 359518870476353 | 356864568507528 | 356864569426942 |
| 350773431505179 | 353393814374239 | 350773431574316 | 355783825475983 | 359518870472600 | 354331125769613 |
| 353393814136109 | 353393814152858 | 351614407214991 | 350773432295796 | 355469927470870 | 355688669881305 |
| 350773431991197 | 350773431556586 | 353393814372860 | 356308866399881 | 359518870935564 | 353393813640853 |
| 355469927476109 | 350773432472460 | 350773432236071 | 356308866387803 | 355688666326700 | 350773432279741 |
| 355469927407062 | 359518871685812 | 352864976406143 | 355783825279807 | 350773432308813 | 350773432891941 |
| 359518870688957 | 353393814103828 | 352864975840474 | 350773432366381 | 356864569130635 | 359518870559406 |
| 359518870929641 | 353393814370815 | 356864567251797 | 354210979377568 | 354423236346074 | 355469927244978 |
| 358245525352646 | 356864566798939 | 356541626335015 | 356308866346890 | 355469927268159 | 350773432675880 |
| 352315404103406 | 356339499684803 | 355688665900703 | 359518870601307 | 358594369913371 | 355688665485663 |
| 352864975928055 | 355469927342434 | 352864976407885 | 355067541891552 | 355469927000313 | 358594364433904 |
| 350773432217659 | 353393814332757 | 359518871174007 | 359906323178975 | 359518870548888 | 358536500174603 |
| 354331125758889 | 350773431620309 | 353393814461689 | 357590879005170 | 356864569445736 | 353393812470559 |
| 352864975550685 | 353484628265158 | 353393814360899 | 359518870698246 | 355783825463823 | 354423236279382 |
| 356864568972045 | 350773432377891 | 353393814211258 | 356864567332282 | 359518870855077 | 359518870014287 |
| 350773432163184 | 354423236419855 | 353393813591007 | 356864566065586 | 355783829132291 | 350773432467056 |
| 354331125754789 | 354331129827466 | 350773432059697 | 355469927225126 | 350773432405833 | 355469927152932 |
| 356864567295430 | 350773431616547 | 350773432233037 | 352315403930189 | 356864569449894 | 355469927375798 |
| 353393814445484 | 353484626368186 | 355783828391336 | 354331122927529 | 359518870259072 | 355469927141224 |
| 359518870988654 | 352864976437999 | 357590870697637 | 350773432303392 | 352315403970755 | 353393814116416 |
| 358536501235387 | 351614407208191 | 359518870604210 | 350773432165296 | 351614407476525 | 353393814477354 |
| 355469927238095 | 359518871512032 | 353393813557990 | 354423239203710 | 355469927279644 | 355469927355212 |
| 350773431646866 | 355783829086844 | 358594362882292 | 354423239121938 | 358536501637095 | 355469927078186 |
| 352315403914878 | 358245526375455 | 355688666397214 | 350773432080149 | 356864569409054 | 350773431868056 |
| 353393814001535 | 356864564060423 | 353484625403174 | 355469927220739 | 353393814340701 | 350773432238812 |
| 358245525318555 | 355008287479285 | 359518870152574 | 359518870845920 | 355469927228997 | 352315404036242 |
| 350773432630380 | 355688665882109 | 359518870045836 | 350773431721925 | 359518870370945 | 359518870747225 |
| 352315404069847 | 356339499732487 | 359518870973185 | 350773432680666 | 359906322937785 | 357205986432973 |
| 350773431542008 | 350773432098588 | 359518870502919 | 355783828474751 | 355469927107183 | 350773431785854 |
| 355688669947445 | 353393814145423 | 359518870671326 | 353484628467788 | 355469927183929 | 355008287174290 |
| 353484625401764 | 353393814447902 | 351614407096679 | 352315401776980 | 359518870499710 | 355469927478238 |
| 352864976499320 | 350773432432555 | 359518870521919 | 355469927292324 | 359518870671672 | 353393814187706 |
| 353393814341147 | 352864976283237 | 354737612504463 | 350773432438594 | 358594365613819 | 355469927324242 |
| 353393814481919 | 352315403998541 | 350773431650595 | 359518870037452 | 358594369801493 | 355067541909081 |
| 350773432262077 | 350773431956216 | 358245529066762 | 354331129849619 | 355469927147585 | 359518870953724 |
| 352864976410921 | 352315400839326 | 350773432225041 | 359518870589403 | 355469927305050 | 355469927295517 |
| 353393814284859 | 354331125778689 | 352864975920532 | 350773432692075 | 359518870940200 | 359518870408174 |
| 353393814235257 | 359518870892971 | 350773432276275 | 353393812499699 | 350773432619649 | 354331129995669 |
| 354210978887633 | 353393814102077 | 359906329032473 | 355469927047728 | 359518870400882 | 355469927296317 |
| 350773432331815 | 355783829999707 | 352864976253222 | 356864569076119 | 355469927491538 | 355469927149169 |
| 357205986497422 | 352864975781207 | 356864566600713 | 350773431994431 | 356864569265969 | 359518870875331 |
| 352864975828586 | 355688669086202 | 358594365837491 | 350773431996550 | 358245526394431 | 353393814134690 |
| 352864975806749 | 357205986307712 | 355688669062039 | 350773432054375 | 359518870945290 | 353393814278422 |
| 355469927234086 | 353393814326015 | 355783825303995 | 358245528252660 | 359518870303185 | 359518870400932 |
| 350773432289229 | 355688668332474 | 359518870306865 | 354331125915521 | 355469927298164 | 351614407457608 |
| | 356308862410906 | 355469927112043 | 358245525490800 | 359518870075700 | 359518871070254 |

| | | | | | |
|---|---|---|---|---|---|
| 355469927086312 | 353393814456168 | 359906325513831 | 350773432352118 | 356864569055592 | 353393814079903 |
| 352864976284144 | 353393814105302 | 359906325684533 | 355469927235703 | 359518870078340 | 350773431814357 |
| 357590870447942 | 353393814174928 | 355783829166067 | 350773432318341 | 355067541841383 | 352864975853600 |
| 356308862641385 | 353393814175784 | 359518870731054 | 350773431791886 | 359518870251921 | 353393812306738 |
| 352864976304371 | 352864976341324 | 356864569422214 | 350773431563061 | 356864569415044 | 359906322895132 |
| 355469927414878 | 350773431900230 | 355688669750161 | 359906323245204 | 359518870039581 | 355688662784381 |
| 353393814499374 | 353393814180107 | 358245525394846 | 354210978881255 | 356864568576978 | 355469927422236 |
| 353393814423036 | 354331125976028 | 350773432082160 | 352315401065384 | 350773432127791 | 353393814496271 |
| 359518870928122 | 355008287424083 | 358536500087342 | 350773431561511 | 352315403776970 | 359518870188420 |
| 358245528375313 | 350773432329496 | 350773432136222 | 355469927142818 | 356864566451455 | 353393814100071 |
| 356864567458509 | 357205986373284 | 352864976426083 | 355008287161701 | 354331129912433 | 352864976275027 |
| 350773432962601 | 358536500132015 | 359906323074430 | 354423236434821 | 355469927098002 | 356308866306779 |
| 358862982457906 | 358536500190682 | 355469927406957 | 350773432120994 | 355469927002707 | 355469927329159 |
| 355008287260180 | 350773431710266 | 354210978917018 | 358245528338816 | 359518870440706 | 359906324402622 |
| 350773431819661 | 358245520319608 | 356541626428190 | 356308862505572 | 355067541857108 | 354423239223957 |
| 352864976335607 | 354423238378471 | 350773431611852 | 354423239096759 | 359906324361174 | 350773432499182 |
| 353393814427730 | 355783825257977 | 355469927220499 | 356541626491107 | 355469927259430 | 358594366483816 |
| 355469927145183 | 359906329018571 | 354210979455778 | 359518870379284 | 359518870313390 | 351614407274250 |
| 355469927378644 | 350773431645058 | 355469927414753 | 350773431128402 | 356864569208852 | 351614407367872 |
| 350773431290822 | 358245526348726 | 354210979392716 | 356864567407019 | 354331129931169 | 355008287151900 |
| 355469927388163 | 350773432158663 | 351614407252504 | 352315404002426 | 355469927294700 | 351614407172108 |
| 356308862545008 | 353393814013399 | 355469927060127 | 350773432255725 | 355469927243202 | 351614407401275 |
| 355469927373751 | 353393814073625 | 354210979257786 | 356864566130844 | 356864566412374 | 355008287166619 |
| 350773432458139 | 355469927232981 | 350773432187571 | 356864569238446 | 353393811383191 | 351614407319899 |
| 355469927033587 | 355469927363463 | 354737612726595 | 359518870736145 | 359518870528138 | 351614407314221 |
| 356864569158768 | 353393814451177 | 357205986288540 | 354423238483651 | 351614407413817 | 351614407486631 |
| 355688665876192 | 355783825256938 | 355688668862488 | 358245528498362 | 355067541975678 | 351614407310393 |
| 353393814017705 | 353393810842965 | 354331129935178 | 358536500132288 | 355469927160570 | 355008287385771 |
| 353393814069508 | 353393814376028 | 355783825436282 | 355688666495901 | 358594369805601 | 355008287039295 |
| 354423236445223 | 358245526350409 | 359518870719828 | 350773432022943 | 350773432224077 | 355008287483139 |
| 353393814173052 | 350773431550308 | 355469927338721 | 350773432394946 | 358594369885397 | 356864569009250 |
| 355008287035046 | 351614407160855 | 355469927227213 | 359518870805536 | 357590879730520 | 351614407423451 |
| 351614407394496 | 355783825449590 | 350773432047809 | 358594362826315 | 355688662859654 | 351614407484966 |
| 355008287287357 | 358245528267320 | 354423239061969 | 357205986486581 | 358594364414615 | 351614407399297 |
| 355469927108215 | 353393813693670 | 359518870182969 | 353393814050367 | 359518870640594 | 351614407301657 |
| 351614407224891 | 353393814232320 | 350773431956497 | 359906322933107 | 356864568703226 | 355008287281640 |
| 355008287449411 | 350773431864840 | 358594365599901 | 354423238461764 | 355469927127298 | 350773432891917 |
| 351614407164451 | 358862982086424 | 359906325522683 | 353393812168260 | 359518870887716 | 351614407258816 |
| 355008287061455 | 355469927052165 | 356308868930436 | 350773431371531 | 355469927453587 | 351614407314817 |
| 351614407250037 | 352315403868868 | 356541626311891 | 350773431601614 | 359518870728423 | 355008287400562 |
| 351614407269904 | 353393814257111 | 356864566994827 | 356864566761606 | 359518870290069 | 355008287424992 |
| 351614407147639 | 359518870512066 | 356339499136085 | 353393814214955 | 355469927119428 | 351614407469488 |
| 351614407270985 | 350773431781051 | 350773432016234 | 353484626373863 | 355067541929923 | 355008287281814 |
| 351614407305765 | 353393814019966 | 353393813513118 | 350773432248506 | 355688662993115 | 355008287308054 |
| 351614407067282 | 351614407321093 | 359518870898713 | 358245526285720 | 350773432185294 | 351614407272502 |
| 355688668969044 | 355008287437986 | 355469927140465 | 351614407317448 | 351614407472565 | 351614407036832 |
| 355008287238863 | 355008287481976 | 355008287082287 | 351614407479206 | 351614407416059 | 355008287024735 |
| 351614407393746 | 351614407233355 | 355008287193142 | 351614407017923 | 351614407200685 | 355008287469690 |
| 351614407072563 | 355008287187839 | 355469927302685 | 351614407369647 | 351614407498388 | 351614407451403 |
| 351614407249633 | 351614407044471 | 351614407040107 | 351614407218679 | 351614407110801 | 351614407098121 |
| 355008287270148 | 355008287217354 | 351614407307035 | 351614407349938 | 351614407460578 | 354331125972837 |
| 355008287295244 | 351614407137325 | 351614407135204 | 355008287202489 | 356760682601629 | 354423239061969 |
| 355469927067791 | 351614407214470 | 355008287304491 | 355008287266369 | 351614407309593 | 359518870805536 |
| 351614407150245 | 355008287101988 | 356760684102675 | 351614407439119 | 355008287163996 | 352315403930189 |
| 355008287129880 | 351614407080681 | 351614407111395 | 355008287399087 | 355008287370195 | 350773431650595 |
| 351614407379067 | 355008287235984 | 355008287021038 | 355008287479939 | 355008287306868 | 358245529066762 |
| 351614407293029 | 355008287032233 | 351614407176406 | 355008287046704 | 351614407047920 | 356864566994827 |

| | | | | |
|---|---|---|---|---|
| 355008287248102 | 355008287302651 | 351614407453466 | 351614407406548 | 351614407457657 | 354210979257786 |
| 355008287226850 | 351614407432643 | 355008287373223 | 351614407132169 | 351614407146615 | 350773431128402 |
| 355008287235117 | 351614407161101 | 355008287397693 | 351614407335929 | 351614407059016 | 355688666495901 |
| 351614407146557 | 355008287037000 | 351614407034688 | 355008287179612 | 355008287148906 | 352864975920532 |
| 351614407141210 | 354423230762375 | 356864569066904 | 351614407077851 | 355008287312379 | 352864976426083 |
| 351614407493843 | 351614407294365 | 351614407173387 | 351614407462244 | 351614407398257 | 354210978917018 |
| 351614407206740 | 351614407080467 | 355008287297596 | 351614407403933 | 351614407256745 | 355469927406957 |
| 351614407246324 | 355008287494235 | 355008287122901 | 351614407145773 | 351614407086910 | 359518870589403 |
| 358245522300473 | 351614407064909 | 351614407436156 | 351614407406308 | 356541622034703 | 359518870182969 |
| 355008287068229 | 351614407150898 | 355008287248953 | 355008287042901 | 351614407002420 | 355688669822754 |
| 351614407282949 | 351614407401994 | 355008287157253 | 355008287141851 | 351614407028532 | 353393814180107 |
| 359518870379284 | 350773432276275 | 355469927414753 | 353393814050367 | 352864976335607 | 350773432329496 |
| 350773431563061 | 359906329032473 | 359518870521919 | 357205986288540 | 357205986307712 | 359518870731054 |
| 355008287479285 | 350773432082160 | 354423236434821 | 359518871174007 | 350773432747747 | 355688669062039 |
| 352864976341324 | 357590879005170 | 355469927470870 | 359518870306865 | 353393814145423 | 359906325513831 |
| 356308862410906 | 355067541891552 | 350773432366381 | 359518870502919 | 352315403998541 | 354423238461764 |
| 350773432136222 | 355688666326700 | 350773432047809 | 354423238483651 | 352315400839326 | 356864569422214 |
| 351614407160855 | 350773431574316 | 355469927491744 | 354331129935178 | 352315404069847 | 358245528267320 |
| 353393810842965 | 354210979377568 | 358245526279673 | 355469927220739 | 358594362882292 | 350773432158663 |
| 358245525490800 | 356541626311891 | 350773432318341 | 350773432692075 | 355783825256938 | 350773431290822 |
| 355469927005437 | 350773432080149 | 354737612726595 | 358594362826315 | 353393814289569 | 355783829086844 |
| 359518871837165 | 358245528338816 | 350773431996550 | 355469927378644 | 356864567332282 | 356864566065586 |
| 353393814019966 | 353393812168260 | 355469927235703 | 355688668332474 | 356308868930436 | 353393814326015 |
| 354331122927529 | 354423239096759 | 350773432059697 | 353393814175784 | 350773432680666 | 359518870604210 |
| 353393814279263 | 355469927338721 | 355783828391336 | 356864568507528 | 354331129849619 | 359518870671326 |
| 359518870851233 | 355783825257977 | 350773432233037 | 358245528252660 | 355783825436282 | 356864566600713 |
| 353484626373863 | 358245520319608 | 356308862545008 | 350773432352118 | 350773431956497 | 350773431974433 |
| 353393812499699 | 355469927363463 | 358245526375455 | 356864569130635 | 353484625403174 | 355008287161701 |
| 350773431791886 | 358245526348726 | 354331129827466 | 350773431561511 | 353393814456168 | 355469927142818 |
| 350773431994431 | 359518870845920 | 359518870476353 | 355688669750161 | 353393814211258 | 351614407214991 |
| 354210979392716 | 356864569076119 | 350773432255725 | 350773431616547 | 350773432217659 | 353393813693670 |
| 352864976407885 | 350773432187571 | 356541626491107 | 359518870927629 | 354331125862301 | 355783829999707 |
| 351614407096679 | 358536500087342 | 350773432022943 | 353393814257111 | 350773432120994 | 353393814332757 |
| 358594365837491 | 358245526259154 | 350773431710266 | 355469927052165 | 354331125915521 | 358245528375313 |
| 353393813557990 | 354423239203710 | 353393814232320 | 355783828474751 | 354210978881255 | 355469927364024 |
| 350773432736401 | 359906323074430 | 350773432165296 | 356308866399881 | 352315404002426 | 353393814097376 |
| 355688668862488 | 355469927060127 | 350773432236071 | 350773432295796 | 358245528498362 | 350773431620309 |
| 350773432438594 | 359518870935564 | 352864975840474 | 355469927047728 | 359518870736145 | 353393814069508 |
| 355469927268159 | 350773431864840 | 355688665900703 | 353393812286674 | 353393814461689 | 356864567295430 |
| 356308866387803 | 353393814013399 | 359518870601307 | 352864976327356 | 355469927232981 | 350773431991197 |
| 355469927292324 | 352315401065384 | 359518870698246 | 359518870928122 | 350773432308813 | 350773431770229 |
| 353393814214955 | 353393814376028 | 350773431601614 | 350773431721628 | 350773432289229 | 350773431646866 |
| 358536500132288 | 354331125976028 | 350773432225041 | 355469927476109 | 350773432630380 | 352315403914878 |
| 355783825475983 | 354423238378471 | 353393813513118 | 350773432997391 | 358245521570910 | 354331125769456 |
| 358594365599901 | 359906329018571 | 351614407252504 | 350773432429189 | 359518870892971 | 353393814235257 |
| 350773431550308 | 353484628467788 | 359906322933107 | 353393814212744 | 353393814447902 | 358536501235387 |
| 355469927112043 | 359518870152574 | 353393814246767 | 354423236419855 | 359518870988654 | 355688665876192 |
| 355469927373751 | 352315401776980 | 350773431781051 | 358245525857792 | 359518870472600 | 353393814173052 |
| 357205986373284 | 359518870898713 | 351614407321093 | 353393814152858 | 352864976283237 | 353393814370815 |
| 353393814073625 | 356308866346890 | 353393814451177 | 350773431819661 | 350773432962601 | 350773432425765 |
| 356864567251797 | 358594369920673 | 356541626428190 | 352864976410921 | 357205986497422 | 353393814102077 |
| 352864976406143 | 359518870719828 | 354210979455778 | 358245525352646 | 355783825449590 | 355688669947445 |
| 355469927414878 | 350773431721925 | 359518870037452 | 350773432163184 | 353484626368186 | 353393814284859 |
| 350773431556586 | 359518870068598 | 353393814486850 | 353393814481919 | 355688665882109 | 358862982457906 |
| 353484628265158 | 353393814360899 | 355469927220499 | 352864975806749 | 359906325522683 | 350773432458139 |
| 356864566798939 | 350773432016234 | 359906325684533 | 352864976284144 | 354423239121938 | 353393814354033 |
| 354331125758889 | 356864566761606 | 358245526285720 | 354423236445223 | 357205986486581 | 352864976304371 |

| | | | | | |
|---|---|---|---|---|---|
| 356339499684803 | 350773432054375 | 358245525394846 | 352864976499320 | 354423236346074 | 355688669086202 |
| 350773431505179 | 358245526350409 | 359518870512066 | 352864975928055 | 355469927388163 | 350773431855624 |
| 350773431542008 | 358594369913371 | 358862982086424 | 353393814341147 | 356864569293045 | 352864975550685 |
| 350773432331815 | 355469927225126 | 353393814035616 | 353393814499374 | 352315403868868 | 358245525318555 |
| 353393814017705 | 358594369750732 | 357590870697637 | 355469927234086 | 350773432262077 | 350773432432555 |
| 356864568972045 | 350773432248506 | 352864976253222 | 353484626274996 | 352864975828586 | 350773432610606 |
| 352315404103406 | 353393814174928 | 350773431371531 | 359518871685812 | 355469927086312 | 350773431956216 |
| 353484625401764 | 352864976421118 | 352864976437999 | 350773432098588 | 355469927407062 | 357590870447942 |
| 354210978887633 | 354331129912433 | 356864564060423 | 354331125778689 | 350773432377891 | 356339499732487 |
| 355469927238095 | 352864976275027 | 356864567407019 | 353393814423036 | 356541626445012 | 350773432238812 |
| 355469927033587 | 350773432127791 | 350773431611852 | 355008287260180 | 359518871512032 | 359518870400932 |
| 353393814427730 | 356864569208852 | 355783825303995 | 353393814103828 | 353393814136109 | 352315403776970 |
| 353393814095289 | 359518870078340 | 355783829166067 | 350773432472460 | 354331125754789 | 353393814079903 |
| 356864569109969 | 356864568534563 | 359906324409833 | 359518870855077 | 356308862641385 | 350773431785854 |
| 359906327274713 | 359518870251921 | 355469927254407 | 355469927055192 | 356864569158768 | 355008287174290 |
| 359518870688957 | 355688662859654 | 356864567438550 | 359518870290069 | 350773432553186 | 359518870953724 |
| 353393814001535 | 355469927375798 | 353393814372860 | 355469927152932 | 353393814445484 | 359518870747225 |
| 351614407208191 | 356864566412374 | 350773431823473 | 358594366483816 | 356864567458509 | |
| 353393814374239 | 355469927228997 | 356541626335015 | 355469927324242 | 359518870929641 | |
| 355469927145183 | 358594365613819 | 350773431645058 | 353393812470559 | 350773432303392 | |
| 354737612504463 | 354331129995669 | 353393813591007 | 355469927259430 | 356864569238446 | |
| 359518870945290 | 359518871070254 | 355688666397214 | 355469927295517 | 359906323245204 | |
| 359518870548888 | 357205986432973 | 350773432394946 | 356864569415044 | 355469927342434 | |
| 350773432619649 | 356864566451455 | 359518870973185 | 355469927147585 | 352864975781207 | |
| 350773432279741 | 355067541841383 | 350773431900230 | 359518870075700 | 355469927078186 | |
| 355688665485663 | 359518870559406 | 359906323178975 | 351614407476525 | 353393813640853 | |
| 359518870528138 | 355783825463823 | 359518870045836 | 350773432101135 | 350773431814357 | |
| 355469927422236 | 359518870014287 | 353393814105302 | 359518870400882 | 355469927098002 | |
| 359518870887716 | 356541626268000 | 356864566130844 | 356864569445736 | 355469927119428 | |
| 358594365537687 | 350773432499182 | 355008287424083 | 350773432467056 | 359518870313390 | |
| 355067541909081 | 359518870640594 | 358536500132015 | 351614407413817 | 355469927002707 | |
| 359518870728423 | 353393814496271 | 356339499136085 | 353393812306738 | 353393814278422 | |
| 356864569426942 | 356864569005100 | 355783825279807 | 355067541975678 | 354423236279382 | |
| 355469927296317 | 352864975853600 | 359518870308614 | 353393814340701 | 359518870875331 | |
| 358594369885397 | 355469927000313 | 355469927227213 | 355469927294700 | 355688662784381 | |
| 354423239223957 | 359518870188420 | 356308862505572 | 353393814116416 | 355067541857108 | |
| 359906322895132 | 356864569265969 | 358536500190682 | 355469927279644 | 355469927244978 | |
| 359518870408174 | 350773432675880 | 350773432405833 | 355469927478238 | 358594364414615 | |
| 356308866306779 | 357590879730520 | 355469927149169 | 355783829132291 | 355688667749439 | |
| 355469927127298 | 354331129931169 | 350773432224077 | 353393814100071 | 353484628403494 | |
| 358245526394431 | 358594369801493 | 355469927329159 | 355469927453587 | 356541628275367 | |
| 359906322937785 | 355469927243202 | 350773432891941 | 356864569449894 | 354423230757904 | |
| 356308862538748 | 358594364433904 | 358536501637095 | 350773431868056 | 353484628747700 | |
| 353393811383191 | 352315403970755 | 359906324361174 | 359518870440706 | | |
| 352315403999820 | 355688669881305 | 354331125769613 | 355469927141224 | | |
| 358594369805601 | 355469927160570 | 355469927183929 | | | |
| 355688662993115 | 353393814187706 | 358536500174603 | | | |
| 353393814477354 | 359518870499710 | 351614407457608 | | | |
| 352315404036242 | 356864569055592 | 353393814134690 | | | |
| 350773431965233 | 359518870940200 | 359518870039581 | | | |
| 356864569409054 | 355469927491538 | 355469927355212 | | | |
| 355469927298164 | 355469927305050 | 359518870303185 | | | |
| 356864568703226 | 359518870370945 | 359518870259072 | | | |
| 350773432185294 | 359518870671672 | 359906324402622 | | | |
| 355067541929923 | 355469927107183 | | | | |

**Defendants *in rem***

Apple TV 4K Wifi 3rd Gen (Serial #)

MK97NQMXHF

H5QMC2L3DG

**Defendants** *in rem*

Apple iPhone 14 Pro Max 128GB (IMEI #)

350121918044850