**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

_____

United States of America,

              Plaintiff,

v.

                               Civil No. 1:26-cv-00011-AJ

Apple iPhone 16 Pro 128GB, et al.
(*see attachment one*)

              Defendants *in rem.*

_____

**VERIFIED CLAIM OF ZHUZHU TECH LIMITED**
**PURSUANT TO SUPPLEMENTAL RULE G(5) AND 18 U.S.C. § 983(a)**

Claimant ZhuZhu Tech Limited ("Claimant" or "ZhuZhu Tech"), by and through its undersigned counsel, Peter Katz, Esq., Law Offices of Peter Katz, LLC, and Kaitlyn K. Gerber, Esq., Dynamis LLP, hereby files this Verified Claim pursuant to Rule G(5) of the Supplemental Rules for Certain Admiralty and Maritime Claims and Asset Forfeiture Actions ("Supplemental Rules"), the Civil Asset Forfeiture Reform Act of 2000 ("CAFRA"), 18 U.S.C. § 983(a), and states as follows:

**THE FORFEITURE ACTION**

1.      On January 9, 2026, the United States filed a Verified Complaint for Forfeiture *in Rem* (Dkt. 1) in this Court, together with a Summons and Warrant of Arrest *in Rem* (Dkt. 1-3), seeking the forfeiture of certain Apple electronic devices seized from UPS and FedEx shipping facilities in New Hampshire, for alleged violations of 18 U.S.C. §§ 1341 (mail fraud) and 1343 (wire fraud), pursuant to 18 U.S.C. § 981(a)(1)(C).

1

2.      On February 27, 2026, the United States, through Assistant United States

Attorney Raphael Katz, served upon Claimant's counsel a Notice of Forfeiture Complaint,

together with the Verified Complaint, Summons and Warrant of Arrest *in Rem*, Notice of

Assignment to United States Magistrate Judge, Consent Form, and ECF Notice, by certified

mail, return receipt requested. The Notice Letter stated that the deadline to file a Claim is April

3, 2026.

### IDENTIFICATION OF THE DEFENDANT PROPERTY

3.      The defendant *in rem* properties ("Defendant Property") are the Apple electronic

devices identified by IMEI number and serial number in Attachment 1 to the Verified Complaint

(Dkt. 1-1), consisting of the following categories of devices:

(a)     Apple iPhone 16 Pro Max 256GB;
(b)     Apple iPhone 16 Pro 128GB;
(c)     Apple iPhone 16 Pro 256GB;
(d)     Apple iPhone 16 Pro 512GB;
(e)     Apple iPad A16 128GB;
(f)     Apple iPad A16 256GB;
(g)     Apple iPhone 16e 256GB;
(h)     Apple iPhone 16e 128GB;
(i)     Apple iPhone 15 256GB;
(j)     Apple iPhone 14 Pro 256GB;
(k)     Apple iPhone 12 Pro 256GB; and
(l)     Apple TV 4K Wi-Fi 3rd Generation.

4.      The Defendant Property was seized by law enforcement on the following dates

and from the following locations:

(a)     On August 20, 2025, from the FedEx shipping facility located at 10 Industrial Drive, Londonderry, New Hampshire;

(b)     On August 21, 2025, from the UPS facility located at 3 Whipple Street, Nashua, New Hampshire;

(c)    On August 22, 2025, from the UPS facility located at 3 Whipple Street, Nashua, New Hampshire; and

(d)    On August 25, 2025, from the FedEx facility located at 44 Industrial Drive, Londonderry, New Hampshire.

5.    The Defendant Property is currently in the custody of the Department of Homeland Security, Homeland Security Investigations ("HSI").

## IDENTIFICATION OF CLAIMANT AND ITS INTEREST

6.    Claimant ZhuZhu Tech Limited is a legal entity that claims a right, title, and interest in the Defendant Property. On information and belief, the Defendant Property includes devices owned by, consigned to, purchased by, or in which ZhuZhu Tech Limited otherwise holds a legal interest.

7.    Claimant's interest in the Defendant Property arises from its ownership of and rights to the electronic devices that were in transit through the UPS and FedEx shipping facilities at the time of seizure.

8.    ZhuZhu Tech Limited was identified by the United States as having a potential legal interest in the Defendant Property, as stated in the Notice Letter dated February 27, 2026.

## TIMELINESS OF CLAIM

9.    This Verified Claim is timely filed within thirty-five (35) days of the date of the Notice of Forfeiture Complaint dated February 27, 2026, pursuant to Supplemental Rule G(5)(a)(ii)(B), Rule G(4)(b)(ii)(B), and 18 U.S.C. § 983(a)(4)(A). The deadline to file this Claim, as stated in the Notice Letter, is April 3, 2026.

## PRAYER FOR RELIEF

**10.** Claimant hereby claims all right, title, and interest in the Defendant Property described above, including all devices identified by IMEI number and serial number in Attachment 1 to the Verified Complaint in which ZhuZhu Tech Limited has an ownership or possessory interest.

**WHEREFORE**, Claimant ZhuZhu Tech Limited respectfully requests that this Court:

(a) deny the Government's request for forfeiture of the Defendant Property; and

(b) order the return of all Defendant Property in which Claimant has an interest, together with such other and further relief as this Court deems just and proper.

## VERIFICATION

I, Shane Shou, state that I am an owner of ZhuZhu Tech Limited and am duly authorized to verify this Claim on its behalf. I have read the foregoing Verified Claim and know the contents thereof. The statements made therein are true and correct to the best of my knowledge, information, and belief. I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on:    April 2, 2026

Print Name:  Shane Shou
Title:   Owner
ZhuZhu Tech Limited

4

Dated: April 2, 2026

Respectfully submitted,

ZHUZHU TECH LIMITED

By its attorneys:

*/s/ Kaitlyn K. Gerber*
Kaitlyn K. Gerber, Esq.
NH Bar # 272492
DYNAMIS LLP
175 Federal Street, Suiter 1200
Boston, MA 02110
(617) 221-4196
kgerber@dynamisllp.com


Peter Katz, Esq.
Law Offices of Peter Katz
116 Village Boulevard, Suite 200
Princeton, NJ 08540
*Pro hac vice motion to be filed*

*Attorneys for Claimant ZhuZhu Tech Limited*

5

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of April, 2026, I caused a true and correct copy of the foregoing Verified Claim to be served upon the following by causing it to be electronically filed on PACER via the Court's CM/ECF system, pursuant to Fed. R. Civ. P. 5(b)(2)(E):

Raphael Katz
Assistant United States Attorney
Chief, Civil Division
United States Attorney's Office
District of New Hampshire
53 Pleasant Street, 4th Floor
Concord, New Hampshire 03301
raphael.katz@usdoj.gov

*/s/ Kaitlyn K. Gerber*
Kaitlyn K. Gerber, Esq.

6