**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil No. 1-26-cv-00011-AJ** |
| ) | |
| **Apple iPhone 16 Pro 128GB, et al.** ) | |
| (*see attachment one)* ) | |
| ) | |
| **Defendants** *in rem.* ) | |
| ) | |

**MOTION TO STAY**
**(MEMORANDUM OF LAW INCORPORATED)**

Plaintiff, the United States of America, by and through Erin Creegan, United States Attorney for the District of New Hampshire, files this motion to stay the instant civil forfeiture proceeding pursuant to 18 U.S.C. § 981(g). In support of this motion, the United States respectfully submits the following:

1. Law enforcement is currently conducting a major investigation into Chinese organized gift card fraud operating out of warehouse locations across New Hampshire. These warehouses have been identified as receiving large volumes of Apple electronics purchased using gift cards from unlawfully obtained sources including romance fraud, elder fraud, sextortion, hacking, and retail theft.

2. As part of the ongoing investigation, in August 2025, law enforcement executed a series of search warrants at target warehouses as well as FedEx and UPS shipping facilities in order to intercept warehouse packages.

3. The following Apple devices were seized as described in the amended complaint:

1

a. On August 20, 2025, law enforcement officers executed a search warrant of FedEx outbound packages from the Amherst warehouse. This occurred at the FedEx shipping facility located at 10 Industrial Drive, Londonderry, NH. During this search, law enforcement seized 558 iPhone 16 Pro Max 256 GB, 89 iPhone 16 Pro 128 GB, 5 iPhone 16 Pro 256 GB, and 182 iPad A16 128 GB.

b. On August 21, 2025, law enforcement officers executed a search warrant for Apple products being shipped to the Amherst warehouse. These packages were held at the UPS facility located at 3 Whipple Street, Nashua, NH. During the search, law enforcement seized 182 iPad A16 128GB, 5 iPhone 16 Pro 256GB, 558 iPhone 16 Pro Max 256GB, 89 iPhone 16 Pro 128GB, and 1 iPhone 14 Pro Max 128GB.

c. On August 22, 2025, law enforcement officers executed a search warrant for Apple packages heading to the Amherst warehouse. This occurred at the UPS facility located at 3 Whipple Street, Nashua, NH. During the search, law enforcement seized 34 iPad A16 256GB, 2 iPad A16 128GB, 2 iPhone 16 Pro 128GB, 39 iPhone 16 Pro Max 256GB, 2 Apple TV 4K Wi-Fi 3rd Generation, and 1 iPhone 16 E 256GB.

d. On August 25, 2025, law enforcement officers executed a search warrant at the FedEx facility located at 44 Industrial Drive, Londonderry, NH. During the search, law enforcement seized the following devices that were heading for the Amherst warehouse: 131 iPad A16 256GB, 17 iPad A16 128GB, 20 iPhone 16 Pro 128GB, 162 iPhone 16 Pro Max 256GB, and 1 iPhone 12 Pro 256GB.

4. On March 25, 2026, an amended verified complaint for forfeiture *in rem* was filed with this Court (Doc. No. 4).

5. 18 U.S.C. § 981(g) provides for a stay of civil forfeiture proceedings pending the conclusion of a criminal investigation. Section 981(g)(1) states: "Upon the motion of the United States, the court shall stay the civil forfeiture proceeding if the court determines that civil discovery will adversely affect the ability of the Government to conduct a related criminal investigation or the prosecution of a related criminal case."

6. A criminal investigation is currently taking place that involves multiple warehouses throughout New Hampshire that were receiving high volumes of Apple electronics, which includes the above-mentioned property. ZhuZhu Tech Limited has claimed an interest and ownership in the Defendant Property which was seized as a result of the warrants executed as part of the government's investigation. *See* Doc. No. 6.

7. A stay is necessary in the instant case to protect the government's related criminal investigation from the expansive scope of civil discovery. *See, e.g., United States v. Fifty-Three Virtual Currency Accts.*, No. CV 20-2227 (RC), 2021 WL 5206205, at *1 (D.D.C. Nov. 9, 2021) (staying civil forfeiture proceeding pursuant to § 981(g)(1) where civil discovery would disrupt related criminal investigation and prosecution); *United States v. One 2008 Audi R8 Coupe Quattro*, 866 F. Supp. 2d 1180 (C.D. Cal. 2011); *United States v. All Funds Deposited in Account No. 200008524845*, 162 F. Supp. 2d 1325 (D. Wyo. 2001) (permitting entry of stay in order to prevent interference with a criminal investigation; stay granted where civil discovery has a substantial potential of interfering with the ongoing criminal investigation). In the instant case,

3

civil discovery will adversely affect the related criminal investigation by compromising confidential law enforcement sources and information, disrupting the government's criminal investigative strategy, burdening law enforcement officers conducting an ongoing investigation, and interfering with the government's ongoing criminal investigation.

8.  Defendant *in rem*'s counsel plans to oppose this motion.

WHEREFORE, the United States requests the stay of the instant civil forfeiture proceeding pending the conclusion of the criminal investigation.[1] A proposed order is attached.

Respectfully submitted,

ERIN CREEGAN
United States Attorney

Dated: May 11, 2026

By: */s/ Bridget I. Davidson*
Bridget. I Davidson (MA BBO#710244)
Assistant United States Attorney
United States Attorney's Office
53 Pleasant Street, 4th Floor
Concord, NH 03301
603-225-1552
bridget.davidson@usdoj.gov

---

[1] At this time, the United States has not provided an *ex parte* report for filing, but if the Court should determine that additional information is needed for grant of a stay of civil discovery then the United States will provide such a brief upon the Court's request.

## **CERTIFICATE OF SERVICE**

I, Bridget I. Davidson, hereby certify that on May 11, 2026, a true and accurate copy of this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent to those indicated as non-registered participants.

/s/ *Bridget I. Davidson*
Bridget I. Davidson